RECEIVED

JAN 13 2006

RICHARD
CLERK, U.S. D... ...URT
NORTHERN DISTRIC... ...LIFORNIA
SAN JOSE

E-Filing

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

06 - 00244 EMC

| | |
|---|---|
| RAMBUS INC., | Case No. |
| Plaintiffs | **ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |
| vs. | |
| MICRON TECHNOLOGY, INC., and MICRON SEMICONDUCTOR PRODUCTS, INC., et al. | |
| Defendant. | |

Craig N. Tolliver, an active member in good standing of the bar of Texas, whose business address and telephone number is Dewey Ballantine LLP, 401 Congress Avenue, Suite 3200, Austin, Texas 78701, telephone 512/226-0300, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Rambus, Inc.,

IT IS HEREBY ORDERED that the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communications with co-counsel designated in the

//
//
//

ORDER GRANTING APPLICATION FOR ADMISSION OF
ATTORNEY PRO HAC VICE

1 | application will constitute notice to the party. All future filings in this action are subject to the
2 | requirements contained in General Order No. 45, *Electronic Case Filing.*

3 | Dated: __1/23__, 2006

UNITED STATES DISTRICT JUDGE

EDWARD M. CHEN
UNITED STATES MAGISTRATE JUDGE

-2-
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE