IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMBUS INC., | No. C 06-00244 WHA |
| Plaintiff, | |
| v. | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| MICRON TECHNOLOGY, INC., and MICRON SEMICONDUCTOR PRODUCTS, INC., | |
| Defendants. | |

The Court **CONTINUES** the case management conference, currently set for March 16, 2006, to **MARCH 30, 2006, AT 11:00 A.M.** Please submit your joint case management statement by **MARCH 27, 2006**.

**IT IS SO ORDERED.**

Dated: March 2, 2006.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE