**DECHERT LLP**
1117 California Avenue
Palo Alto, CA 94304-1106

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RAMBUS INC.,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MICRON TECHNOLOGY, INC., and<br>MICRON SEMICONDUCTOR PRODUCTS,<br>INC.,<br><br>　　　　Defendants. | Case No. C 06 00244 WHA<br><br>[PROPOSED] **ORDER GRANTING WITHDRAWAL OF JAMES J. ELACQUA AS COUNSEL OF RECORD FOR RAMBUS INC.** |

///

///

///

1    IT IS HEREBY ORDERED that the Motion for Withdrawal of Counsel of Record,

2 James J. Elacqua, is GRANTED.

3    IT IS SO ORDERED.

4

5 Dated:  March 6, 2006



6
_____
7 HON. WILLIAM H. ALSUP
United States District Court Judge

**DECHERT LLP**
1117 California Avenue
Palo Alto, CA 94304-1106