| | |
|---|---|
| Harvey Kurzweil (*pro hac vice* pending)<br>Jeannine Yoo Sano (Bar No. 174190)<br>Pierre J. Hubert (admitted *pro hac vice*)<br>DEWEY BALLANTINE LLP<br>1950 University Avenue, Suite 500<br>East Palo Alto, California  94303<br>Telephone:  (650) 845-7200<br>Facsimile:  (650) 845-7333<br>Email: *hkurzweil@deweyballantine.com;*<br>*jsano@deweyballantine.com;*<br>*phubert@deweyballantine.com* | Matthew D. Powers (Bar No. 104795)<br>Jared B. Bobrow (Bar No. 133712)<br>WEIL, GOTSHAL & MANGES LLP<br>Silicon Valley Office<br>201 Redwood Shores Parkway<br>Redwood Shores, CA 94065<br>Telephone: (650) 802-3000<br>Facsimile: (650) 802-3100<br>Email: *matthew.powers@weil.com;*<br>*jared.bobrow@weil.com* |
| Attorneys for Plaintiff RAMBUS INC. | Attorneys for Defendants<br>MICRON TECHNOLOGY, INC. and<br>MICRON SEMICONDUCTOR PRODUCTS, INC. |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**          *E-FILED - 7/6/06*

| | |
|---|---|
| RAMBUS INC.,<br><br>          Plaintiff,<br><br>     v.<br><br>MICRON TECHNOLOGY, INC., and<br>MICRON SEMICONDUCTOR PRODUCTS, INC.,<br><br>          Defendants. | Case No. C 06 00244 RMW<br><br>**STIPULATION AND [ ]<br>ORDER SELECTING ADR<br>PROCESS** |

Counsel for the parties hereby report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Private non-binding mediation.**

| | | |
|---|---|---|
| 1 | Dated:  May 31, 2006 | Respectfully submitted, |
| 2 | | DEWEY BALLANTINE LLP |

By: /S/ _____
     David Vondle

Attorneys for
RAMBUS INC.

Dated:  May 31, 2006                              WEIL, GOTSHAL & MANGES LLP

By: _____
     Jared B. Bobrow

Attorneys for
MICRON TECHNOLOGY, INC.,
and MICRON
SEMICONDUCTOR PRODUCTS,
INC.,

    Filer's Attestation:  Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of the document has been obtained from Jared B. Bobrow.

Dated:  May 31, 2006                              DEWEY BALLANTINE  LLP

By: /S/ _____
     David Vondle

Attorneys for
RAMBUS INC.

DEWEY BALLANTINE LLP
1950 University Avenue, Suite 500
East Palo Alto, CA 94303-2225

| | |
|---|---|
| Harvey Kurzweil (*pro hac vice* pending)<br>Jeannine Yoo Sano (Bar No. 174190)<br>Pierre J. Hubert (admitted *pro hac vice*)<br>DEWEY BALLANTINE LLP<br>1950 University Avenue, Suite 500<br>East Palo Alto, California 94303<br>Telephone: (650) 845-7200<br>Facsimile: (650) 845-7333<br>Email: *hkurzweil@deweyballantine.com;*<br>*jsano@deweyballantine.com;*<br>*phubert@deweyballantine.com* | Matthew D. Powers (Bar No. 104795)<br>Jared B. Bobrow (Bar No. 133712)<br>WEIL, GOTSHAL & MANGES LLP<br>Silicon Valley Office<br>201 Redwood Shores Parkway<br>Redwood Shores, CA 94065<br>Telephone: (650) 802-3000<br>Facsimile: (650) 802-3100<br>Email: *matthew.powers@weil.com;*<br>*jared.bobrow@weil.com* |
| Attorneys for Plaintiff RAMBUS INC. | Attorneys for Defendants<br>MICRON TECHNOLOGY, INC. and<br>MICRON SEMICONDUCTOR PRODUCTS, INC. |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| RAMBUS INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>MICRON TECHNOLOGY, INC., and<br>MICRON SEMICONDUCTOR PRODUCTS, INC.,<br><br>    Defendants. | Case No. C 06 00244 RMW<br><br>**[] ORDER SELECTING<br>ADR PROCESS** |

Pursuant to the Stipulation above, the captioned matter is hereby referred to:

Private ADR

IT IS SO ORDERED.

DATED: __7/6/06_____          /S/ RONALD M. WHYTE
                                    Honorable Ronald M. Whyte
                                    United States District Court Judge

[] Order Selecting ADR Process
Case No. C 06 00244 RMW