1

2

3

4                                                                **E-FILED on**   12/8/06

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                       FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                                   SAN JOSE DIVISION

11

| | |
|---|---|
| RAMBUS INC.,<br><br>            Plaintiff,<br><br>      v.<br><br>HYNIX SEMICONDUCTOR INC., et al.,<br><br>            Defendants. | No. C 05-00334 RMW<br><br>ORDER ADOPTING TENTATIVE ORDER AS FINAL |
| RAMBUS INC.,<br><br>            Plaintiff,<br><br>      v.<br><br>SAMSUNG ELECTRONICS CO., LTD., et al.,<br><br>            Defendants. | No. C-05-02298 RMW |
| RAMBUS INC.,<br><br>            Plaintiff,<br><br>      v.<br><br>MICRON TECHNOLOGY, INC., et al.,<br><br>            Defendants. | No. C-06-00244 RMW |

27

28

ORDER ADOPTING TENTATIVE ORDER AS FINAL—C-05-00334 RMW, C-05-02298 RMW, and C-06-00244 RMW
SPT

1   No party in the above-captioned actions submitted response to the court's November 16,

2 2006 [Tentative] Order Following Case Management Conference on October 6, 2006 (C-05-00334,

3 Dkt. No. 130; C-05-02298, Dkt. No. 80; and C-06-00244, Dkt. No. 52).  Accordingly, the tentative

4 order is now the final order.

5

6 DATED:  12/8/06        *Ronald M Whyte*

                 RONALD M. WHYTE

7                 United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff(s):**

| | |
|---|---|
| Gregory P. Stone | gregory.stone@mto.com |
| Peter A. Detre | detrepa@mto.com |
| Carolyn Hoecker Luedtke | luedtkech@mto.com |
| Burton Alexander Gross | grossba@mto.com |
| Steven McCall Perry | steven.perry@mto.com |
| | |
| Jeannine Y. Sano | jsano@dbllp.com |
| Craig N. Tolliver | ctolliver@deweyballantine.com |
| James J. Elacqua | jelacqua@deweyballantine.com |
| Kevin S. Kudlac | kkudlac@dbllp.com |
| Pierre J. Hubert | phubert@dbllp.com |
| Brian K. Erickson | berickson@dbllp.com, |
| Saxon S. Noh | snoh@dbllp.com |
| David C. Vondle | dvondle@deweyballantine.com |
| | |
| James E. Lyons | jlyons@skadden.com |
| Raoul D. Kennedy | rkennedy@skadden.com |
| Jeffrey G. Randall | Jrandall@skadden.com |

**Counsel for Defendant(s):**

| | |
|---|---|
| Matthew D. Powers | matthew.powers@weil.com |
| David J. Healey | david.healey@weil.com |
| Edward R. Reines | Edward.Reines@weil.com |
| John D Beynon | john.beynon@weil.com |
| Jared Bobrow | jared.bobrow@weil.com |
| Leeron Kalay | leeron.kalay@weil.com |
| | |
| Theodore G. Brown, III | tgbrown@townsend.com |
| Daniel J. Furniss | djfurniss@townsend.com |
| Jordan Trent Jones | jtjones@townsend.com |
| | |
| Kenneth L. Nissly | kennissly@thelenreid.com |
| Geoffrey H. Yost | gyost@thelenreid.com |
| Susan Gregory van Keulen | svankeulen@thelenreid.com |
| | |
| Patrick Lynch | plynch@omm.com |
| | |
| Jason Sheffield Angell | jangell@orrick.com |
| Vickie L. Feeman | vfeeman@orrick.com |
| Mark Shean | mshean@orrick.com |
| Kai Tseng | hlee@orrick.com |

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**    12/8/06    SPT
**Chambers of Judge Whyte**