**DEWEY BALLANTINE LLP**
1950 University Avenue, Suite 500
East Palo Alto, CA 94303-2225

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| RAMBUS INC., | *E-FILED - 1/22/07* |
| Plaintiff, | Case No. 06-00244 RMW |
| v. | [ ORDER GRANTING WITHDRAWAL OF SAXON NOH |
| MICRON TECHNOLOGY, INC., and MICRON SEMICONDUCTOR PRODUCTS, INC., | |
| Defendants. | |

IT IS HEREBY ORDERED that the request for withdrawal of Saxon Noh as counsel of record for Rambus Inc. in the above-entitled action is GRANTED.

IT IS SO ORDERED.

Dated:  1/22/07

*Ronald M. Whyte*
HONORABLE RONALD M. WHYTE
United States District Court Judge