Gregory P. Stone (078329)
Steven M. Perry (106154)
MUNGER TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702
Email: *gregory.stone@mto.com;*
*steven.perry@mto.com*

Burton Gross (166285)
Peter A. Detre (182619)
Carolyn Hoecker Luedtke (207976)
MUNGER TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105
Telephone: (415) 512-4000
Facsimile: (415) 512-4077
Email: *burton.gross@mto.com;*
*peter.detre@mto.com;*
*carolyn.luedtke@mto.com*

DEWEY BALLANTINE LLP
1950 University Avenue, Suite 500
East Palo Alto, CA 94303
Telephone: (650) 845-7000
Facsimile: (650) 845-7333

Brian K. Erickson (admitted *pro hac vice*)
DEWEY BALLANTINE LLP
401 Congress Avenue, Suite 3200
Austin, TX 78701-2478
Telephone: (512) 226-0300
Facsimile: (512) 226-0333
Email: *berickson@deweyballantine.com*

Attorneys for Plaintiff RAMBUS INC.

***E-FILED - 6/6/07***

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| RAMBUS INC., <br><br> Plaintiff, <br><br> v. <br><br> MICRON TECHNOLOGY, INC., and MICRON SEMICONDUCTOR PRODUCTS, INC., <br><br> Defendants. | Case No. 06-00244 RMW <br><br> **[] ORDER GRANTING WITHDRAWAL OF COUNSEL (1) JEANNINE SANO, AND (2) DEWEY BALLANTINE LLP** |

1   IT IS HEREBY ORDERED that the request for withdrawal of Jeannine Sano and
2   Dewey Ballantine LLP as counsel of record for Rambus Inc. in the above-entitled action is
3   GRANTED.
4   IT IS SO ORDERED.
5   Dated: __6/6/07_____

6   _/s/ Ronald M. Whyte_____
7   HONORABLE RONALD M. WHYTE
    United States District Court Judge

**DEWEY BALLANTINE LLP**
1950 University Avenue, Suite 500
East Palo Alto, CA 94303-2225

-2-
[] Order Granting Withdrawal of Counsel (1) Sano and (2) Dewey Ballantine
Case No. 06-00244 RMW