**E-FILED: 7/16/07**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HYNIX SEMICONDUCTOR INC.; HYNIX SEMICONDUCTOR AMERICA, INC.; HYNIX SEMICONDUCTOR U.K. LTD.; and HYNIX SEMICONDUCTOR DEUTSCHLAND GmbH,<br><br>        Plaintiffs,<br><br>   vs.<br><br>RAMBUS INC.,<br><br>        Defendant. | CASE NO. C 00-20905 RMW<br><br>[PROPOSED] ORDER AND STIPULATION EXTENDING TIME<br><br>Judge:   Hon Ronald M. Whyte |
| RAMBUS INC.,<br><br>        Plaintiff,<br><br>   vs.<br><br>HYNIX SEMICONDUCTOR INC., HYNIX SEMICONDUCTOR AMERICA INC., HYNIX SEMICONDUCTOR MANUFACTURING AMERICA INC.,<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, INC., SAMSUNG AUSTIN SEMICONDUCTOR, L.P.,<br><br>NANYA TECHNOLOGY CORPORATION, NANCY TECHNOLOGY CORPORATION U.S.A.,<br><br>        Defendants. | CASE NO. C 05-00334 RMW |
| RAMBUS INC.,<br><br>        Plaintiff,<br><br>   vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, INC., SAMSUNG AUSTIN SEMICONDUCTOR, L.P.,<br><br>        Defendants. | CASE NO. C 05-02298 RMW |

| | |
|---|---|
| RAMBUS INC.,<br><br>    Plaintiff,<br><br>  vs.<br><br>MICRON TECHNOLOGY, INC., and<br>MICRON SEMICONDUCTOR PRODUCTS,<br>INC.,<br><br>    Defendants. | CASE NO. C 06-00244 RMW |

**STIPULATION AND ~~PROPOSED~~ ORDER EXTENDING TIME**

Whereas the Court entered a Joint Case Management Order ("CMO") on April 24, 2007;

Whereas the CMO provides that July 20, 2007 is the date on which the party or parties with the burden of proof on an issue is required to provide an expert report on that issue;

Whereas the CMO set August 17, 2007 as the date on which the parties are required to provide rebuttal expert disclosures and reports;

Whereas the expert discovery cutoff set forth in the CMO is September 17, 2007;

Whereas the CMO set October 1, 2007 as the last day to file summary judgment and Daubert motions;

Whereas, on June 27, 2007, the Court scheduled a further case management conference to take place on November 7, 2007;

Whereas Micron Technology, Inc., Micron Semiconductor Products, Inc., Hynix Semiconductor, Inc., Hynix Semiconductor America, Inc., Hynix Semiconductor U.K., Ltd., Hynix Semiconductor Deutschland, GmbH, Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., Samsung Semiconductor, Inc., Samsung Austin Semiconductor, L.P., Nanya Technology Corporation and Nanya Technology Corporation USA (collectively the "Manufacturers") and Rambus Inc. served their expert disclosures on June 22, 2007;

Whereas the Manufacturers' experts require additional time to complete their expert reports;

Whereas the Manufacturers requested a twelve-day extension of time to submit any party's initial expert report(s), and Rambus Inc. agreed to the Manufacturers' request;

Whereas Rambus in turn requested a twenty-four-day extension of the time to submit any party's rebuttal report(s), and the Manufacturers agreed to Rambus's request;

Whereas the parties have agreed, subject to the Court's approval, to modify the schedule set forth in the Joint Case Management Order dated April 24, 2007;

NOW therefore, it is hereby AGREED and STIPULATED, by and among the parties hereto through their undersigned counsel, that: (i) the date on which the party or parties with the burden of proof on an issue shall provide an expert report on that issue is moved from July 20, 2007 to August 1, 2007; (ii) the date on which the parties shall provide rebuttal expert disclosures and reports is moved from August 17, 2007 to September 10, 2007; (iii) the last day for expert discovery is moved from September 17, 2007 to October 8, 2007; (iv) the last day to file summary judgment and Daubert motions is moved from October 1, 2007 to October 17, 2007; and (vi) the further case management conference and the hearing date for summary judgment and Daubert motions is moved from November 7, 2007 to November 21, 2007.

SO ORDERED,

DATED:     7/16/07                              *Ronald M Whyte*

                                          HON. RONALD M. WHYTE

-3-   Case Nos. C 00-20905; 05-00334; 05-02298; 06-00244

[PROPOSED] ORDER EXTENDING TIME

DATED: July 12, 2007

Respectfully submitted,

FOR THE MANUFACTURERS

By /s/ Hal Barza
Harold A. Barza
William Price
Robert Becher
QUINN EMANUEL URQUHART OLIVER & HEDGES
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543

Jared Bobrow
John D. Beynon
WEIL, GOTSHAL & MANGES LLP
Redwood Shores, CA 94065

Attorneys for
MICRON TECHNOLOGY, INC., and
MICRON SEMICONDUCTOR PRODUCTS, INC.

By /s/ Anita Kadala
David J. Healey
Anita E. Kadala
WEIL, GOTSHAL & MANGES LLP
Houston, TX 77002

Alan J. Weinschel
WEIL, GOTSHAL & MANGES LLP
New York, NY 10153

Matthew D. Powers
Edward R. Reines
WEIL, GOTSHAL & MANGES LLP
Redwood Shores, CA 94065

Attorneys for
SAMSUNG ELECTRONICS CO., LTD.,
SAMSUNG ELECTRONICS AMERICA, INC.,
SAMSUNG SEMICONDUCTOR, INC., and
SAMSUNG AUSTIN SEMICONDUCTOR, L.P.

By /s/ Robert Freitas
Robert E. Freitas
Kai Tseng
Craig R. Kaufman
Denise M. Mingrone
ORRICK, HERRINGTON & SUTCLIFFE LLP
Menlo Park, CA 94025

Attorneys for
NANYA TECHNOLOGY CORPORATION and NANYA
TECHNOLOGY CORPORATION U.S.A.

1
2
3              By   /s/ Susan van Keulen
                  Theodore G. Brown, III
4                 Susan van Keulen
                  TOWNSEND and TOWNSEND and CREW LLP
5                 379 Lytton Avenue
                  Palo Alto, California 94301
6
                  Attorneys for
7                 HYNIX SEMICONDUCTOR INC., HYNIX SEMICONDUCTOR
                  AMERICA INC., HYNIX SEMICONDUCTOR
8                 MANUFACTURING AMERICA INC., HYNIX
                  SEMICONDUCTOR U.K. LTD., and HYNIX
9                 SEMICONDUCTOR DEUTSCHLAND GmbH
10
11
12  DATED:  July 12, 2007     FOR RAMBUS INC.
13
              By  /s/
14                Carolyn Hoecker Luedtke
                  MUNGER, TOLLES & OLSON LLP
15                560 Mission Street, 27th Floor
                  San Francisco, CA 94105
16
                  Attorneys for
17                RAMBUS INC.
18
19
20
21
22
23
24
25
26
27
28

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff(s):**

| | |
|---|---|
| Craig N. Tolliver | ctolliver@mckoolsmith.com |
| Pierre J. Hubert | phubert@mckoolsmith.com |
| Brian K. Erickson | berickson@dbllp.com, |
| David C. Vondle | dvondle@akingump.com |
| Gregory P. Stone | gregory.stone@mto.com |
| Carolyn Hoecker Luedtke | luedtkech@mto.com |
| Peter A. Detre | detrepa@mto.com |
| Burton Alexander Gross | burton.gross@mto.com, |
| Steven McCall Perry | steven.perry@mto.com |
| Jeannine Y. Sano | sanoj@howrey.com |

**Counsel for Defendant(s):**

| | |
|---|---|
| Matthew D. Powers | matthew.powers@weil.com |
| David J. Healey | david.healey@weil.com |
| Edward R. Reines | Edward.Reines@weil.com |
| John D Beynon | john.beynon@weil.com |
| Jared Bobrow | jared.bobrow@weil.com |
| Leeron Kalay | leeron.kalay@weil.com |
| Theodore G. Brown, III | tgbrown@townsend.com |
| Daniel J. Furniss | djfurniss@townsend.com |
| Jordan Trent Jones | jtjones@townsend.com |
| Kenneth L. Nissly | kennissly@thelenreid.com |
| Geoffrey H. Yost | gyost@thelenreid.com |
| Susan Gregory van Keulen | svankeulen@thelenreid.com |
| Patrick Lynch | plynch@omm.com |
| Jason Sheffield Angell | jangell@orrick.com |
| Vickie L. Feeman | vfeeman@orrick.com |
| Mark Shean | mshean@orrick.com |
| Kai Tseng | hlee@orrick.com |

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**   7/16/07                                  SPT
                                                     **Chambers of Judge Whyte**

-6-   Case Nos. C 00-20905; 05-00334; 05-02298; 06-00244

[PROPOSED] ORDER EXTENDING TIME