[*Attorney list on signature page*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION          ***E-FILED - 9/12/07***

| | |
|---|---|
| HYNIX SEMICONDUCTOR INC.; HYNIX SEMICONDUCTOR AMERICA, INC.; HYNIX SEMICONDUCTOR U.K. LTD.; and HYNIX SEMICONDUCTOR DEUTSCHLAND GmbH,<br><br>Plaintiffs,<br><br>vs.<br><br>RAMBUS INC.,<br><br>Defendant. | CASE NO. C 00-20905 RMW<br><br>**[] ORDER EXTENDING TIME FOR CERTAIN EXPERT DISCOVERY** |
| RAMBUS INC.,<br><br>Plaintiff,<br><br>vs.<br><br>HYNIX SEMICONDUCTOR INC., HYNIX SEMICONDUCTOR AMERICA INC., HYNIX SEMICONDUCTOR MANUFACTURING AMERICA INC.,<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, INC., SAMSUNG AUSTIN SEMICONDUCTOR, L.P.,<br><br>NANYA TECHNOLOGY CORPORATION, NANCY TECHNOLOGY CORPORATION U.S.A.,<br><br>Defendants. | CASE NO. C 05-00334 RMW |

20480/2209350.1

| | |
|---|---|
| RAMBUS INC., | CASE NO. C 05-02298 RMW |
| Plaintiff, | |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, INC., SAMSUNG AUSTIN SEMICONDUCTOR, L.P., | |
| Defendants. | |
| RAMBUS INC., | CASE NO. C 06-00244 RMW |
| Plaintiff, | |
| vs. | |
| MICRON TECHNOLOGY, INC., and MICRON SEMICONDUCTOR PRODUCTS, INC., | |
| Defendants. | |

1          **STIPULATION AND [] ORDER**

2

3          WHEREAS, the expert discovery cutoff in the above-captioned actions was set for
4  October 8, 2007 by Order dated July 16, 2007;
5          WHEREAS, the parties have agreed to hold the depositions of the rebuttal experts
6  to Laurence Pretty and Polk Wagner after the expert discovery cutoff date set by the July 16 Order
7  and on or before October 12, 2007;
8          WHEREAS, the parties have agreed to hold the deposition of Dr. Bruce Jacob,
9  expert for Nanya Technology Corporation and Nancy Technology Corporation U.S.A., on October
10  26, 2007;
11         THEREFORE, IT IS ORDERED THAT
12         The expert discovery cutoff in the above captioned actions shall be lifted to
13  accommodate the agreement of counsel on these matters.
14
15  SO ORDERED,
16
    DATED:    9/10/07                              *Ronald M. Whyte*
17                                                 _____
18                                                 HON. RONALD M. WHYTE
19
20
21
22
23
24
25
26
27
28

ON BEHALF OF MANUFACTURERS:

DATED: August 31, 2007                     Respectfully submitted,


By /s/ Robert Becher
   Harold A. Barza
   William Price
   Jon Steiger
   Robert Becher
   QUINN EMANUEL URQUHART OLIVER & HEDGES
   865 South Figueroa Street, 10th Floor
   Los Angeles, California  90017-2543

   Jared Bobrow
   John D. Beynon
   WEIL, GOTSHAL & MANGES LLP

   Attorneys for
   MICRON TECHNOLOGY INC., and
   MICRON SEMICONDUCTOR PRODUCTS, INC.


By /s/ Anita Kadala
   Kenneth R. O'Rourke
   O'MELVENY & MYERS LLP

   Allen Ruby
   RUBY & SCHOFIELD

   Kenneth L. Nissly
   Susan van Keulen
   Geoffrey H. Yost
   THELEN REID BROWN RAYSMAN & STEINER LLP

   Daniel J. Furniss
   Theodore Brown, III
   Jordan Trent Jones
   TOWNSEND and TOWNSEND CREW LLP

   Attorneys for
   HYNIX SEMICONDUCTOR, INC., HYNIX SEMICONDUCTOR AMERICA, INC., HYNIX SEMICONDUCTOR U.K., LTD., and HYNIX SEMICONDUCTOR DEUTSCHLAND, GmbH

By /s/ Ted Brown
   Matthew D. Powers
   Edward R. Reines
   WEIL, GOTSHAL & MANGES LLP
   Redwood Shores, CA 94065

   David J. Healey
   Anita E. Kadala
   WEIL, GOTSHAL & MANGES LLP
   Houston, TX 7702

   Attorneys for
   SAMSUNG ELECTRONICS CO., LTD.,
   SAMSUNG ELECTRONICS AMERICA, INC.,
   SAMSUNG SEMICONDUCTOR, INC., and
   SAMSUNG AUSTIN SEMICONDUCTOR, L.P.


By /s/ Jan Ellard
   Robert E. Freitas
   Craig R. Kaufman
   Jan Ellard
   ORRICK, HERRINGTON & SUTCLIFFE LLP
   Menlo Park, CA 94025

   Davin M. Stockwell
   Mark J. Shean
   ORRICK, HERRINGTON & SUTCLIFFE LLP
   Irvine, CA 92514

   Attorneys for
   NANYA TECHNOLOGY CORPORATION and
   NANYA TECHNOLOGY CORPORATION
   U.S.A.

1  ON BEHALF OF RAMBUS:

6  DATED: August 31, 2007                By /s/ Carolyn Luedtke
                                            Gregory P. Stone
                                            Steven M. Perry
                                            Peter A. Detre
                                            Carolyn Hoecker Luedtke
                                            MUNGER, TOLLES & OLSON LLP

                                            Rollin A. Ransom
                                            SIDLEY AUSTIN LLP

                                            Pierre J. Hubert
                                            Craig N. Tolliver
                                            McKOOL SMITH PC

                                            Attorneys for
                                            RAMBUS INC.