1 | [*Attorney list on signature page*]       ***E-FILED - 9/12/07***

2 | UNITED STATES DISTRICT COURT

3 | NORTHERN DISTRICT OF CALIFORNIA

4 | SAN JOSE DIVISION

5 | HYNIX SEMICONDUCTOR INC.; HYNIX           CASE NO. C 00-20905 RMW
   | SEMICONDUCTOR AMERICA, INC.;
6 | HYNIX SEMICONDUCTOR U.K. LTD.; and
   | HYNIX SEMICONDUCTOR                       **JOINT STIPULATION AND []**
7 | DEUTSCHLAND GmbH,                          **ORDER REGARDING HEARING DATES**

8 |              Plaintiffs,

9 |         vs.

10 | RAMBUS INC.,

11 |              Defendant.

12 | RAMBUS INC.,                              CASE NO. C 05-00334 RMW

13 |              Plaintiff,

14 |         vs.

15 | HYNIX SEMICONDUCTOR INC., HYNIX
    | SEMICONDUCTOR AMERICA INC.,
16 | HYNIX SEMICONDUCTOR
    | MANUFACTURING AMERICA INC.,
17 |
    | SAMSUNG ELECTRONICS CO., LTD.,
18 | SAMSUNG ELECTRONICS AMERICA,
    | INC., SAMSUNG SEMICONDUCTOR,
19 | INC., SAMSUNG AUSTIN
    | SEMICONDUCTOR, L.P.,
20 |
    | NANYA TECHNOLOGY CORPORATION,
21 | NANCY TECHNOLOGY CORPORATION
    | U.S.A.,
22 |
    |              Defendants.
23 |

24 |

25 |

26 |

27 |

28 |

20480/2204335.1

3574765.1
                                        -1-

| | |
|---|---|
| 1 | |
| 2 | RAMBUS INC., | CASE NO. C 05-02298 RMW |
| 3 | Plaintiff, |
| | vs. |
| 4 | |
| 5 | SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, |
| 6 | INC., SAMSUNG AUSTIN SEMICONDUCTOR, L.P., |
| 7 | |
| 8 | Defendants. |
| 9 | RAMBUS INC., | CASE NO. C 06-00244 RMW |
| 10 | Plaintiff, |
| 11 | vs. |
| 12 | MICRON TECHNOLOGY, INC., and MICRON SEMICONDUCTOR PRODUCTS, |
| 13 | INC., |
| 14 | Defendants. |

1

2

RAMBUS INC.,

            Plaintiff,

      vs.

SAMSUNG ELECTRONICS CO., LTD.,
SAMSUNG ELECTRONICS AMERICA,
INC., SAMSUNG SEMICONDUCTOR,
INC., SAMSUNG AUSTIN
SEMICONDUCTOR, L.P.,

            Defendants.

RAMBUS INC.,

            Plaintiff,

      vs.

MICRON TECHNOLOGY, INC., and
MICRON SEMICONDUCTOR PRODUCTS,
INC.,

            Defendants.

CASE NO. C 05-02298 RMW

CASE NO. C 06-00244 RMW

3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3574765.1

-2-

Case Nos. C 00-20905; C 05-00334; C 05-02298;
C 06-00244 RMW

JOINT STIPULATION AND [] ORDER REGARDING HEARING DATES

1    Pursuant to the Joint Case Management Conference of August 3, 2007 and the Joint

2 Case Management Order of August 30, 2007, ¶ 14, Micron Technology, Inc., Micron

3 Semiconductor Products, Inc., Hynix Semiconductor, Inc., Hynix Semiconductor America, Inc.,

4 Hynix Semiconductor U.K., Ltd., Hynix Semiconductor Deutschland, GmbH, Samsung

5 Electronics Co., Ltd., Samsung Electronics America, Inc., Samsung Semiconductor, Inc.,

6 Samsung Austin Semiconductor, L.P., Nanya Technology Corporation and Nanya Technology

7 Corporation USA (collectively, "the Manufacturers") and Rambus Inc., hereby submit the

8 following joint stipulation and proposed order:

9    WHEREAS, the Manufacturers have submitted the following outstanding motions

10 to strike:

11    • "Motion to Strike, or, In The Alternative, Stay Rambus's Infringement
        Counterclaims In Reply, And Memorandum of Points And Authorities In Support
12       Thereof," filed by Micron Technology, Inc. and Micron Semiconductor Products,
        Inc., C 06-00244, Dkt. No. 116 (Jul. 30, 2007),
13
        • "Motion to Strike Rambus's Counterclaims In Reply or Alternatively, For More
14       Definite Statement, And Memorandum of Points and Authorities in Support," filed
        by Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., Samsung
15       Semiconductor, Inc., and Samsung Austin Semiconductor, L.P., C 05-02298, Dkt
        No. 180 (Aug. 2, 2007);
16
        • "Motion to Strike / Samsung's Motion to Strike Rambus's Counterclaims In Reply
17       or Alternatively, For More Definite Statement, And Memorandum of Points and
        Authorities in Support," filed by Samsung Electronics Co., Ltd., Samsung
18       Electronics America, Inc., Samsung Semiconductor, Inc., and Samsung Austin
        Semiconductor, L.P., C 05-00334, Dkt. No. 296 (Aug. 2, 2007);
19
        • "Notice Of Motion And Motion Of Hynix To Strike Rambus's Second, Fourth,
20       Fifth, Sixth, Seventh, Ninth, Eleventh, Twelfth, Thirteenth, Fifteenth, Sixteenth
        And Nineteenth Affirmative Defenses Or In The Alternative Request For
21       Additional Discovery: Memorandum Of Points And Authorities," filed by Hynix
        Semiconductor Manufacturing America Inc., Hynix Semiconductor Deutschland
22       GmbH, Hynix Semiconductor U.K. LTD, Hynix Semiconductor Inc., and Hynix
        Semiconductor America Inc., C 05-00334, Dkt. No. 290 (Jul. 30, 2007);
23
        • "Notice of Motion, Motion to Strike Counterclaims in Reply and Supplemental
24       Preliminary Infringement Contentions, and Memorandum of Points and Authorities
        in Support Thereof," filed by Nanya Technology Corporation and Nanya
25       Technology Corporation U.S.A., C 05-00334, Dkt. No. 298 (Aug. 2, 2007);

26    WHEREAS, these outstanding motions were originally noticed for September 21,

27 2007;

28

1          WHEREAS, Rambus requested that the September 21, 2007 hearing date be moved

2   into October 2007 and the parties agreed on an October 26, 2007 hearing date and a briefing

3   schedule as set forth below;

4          WHEREAS, the parties agree that October 26, 2007 should be an additional

5   regularly scheduled conference and motion day pursuant to Paragraph 8(a) of the Case

6   Management Order;

7          THEREFORE, IT IS ORDERED THAT:

8          (1)     October 26, 2007 at a time to be determined shall be another regularly

9   scheduled conference and "motion day" in the above-captioned cases to supplement the existing

10  dates in Paragraph 8(a) of the April 24, 2007 Case Management Order;

11         (2)     For the previously filed motions listed above, Rambus's opposition papers

12  shall be filed on September 25, 2007 and the Manufacturers' reply papers shall be filed on October

13  12, 2007;

14         (3)     For any additional motions to be heard on October 26, 2007, including but

15  not limited to Rambus's motion to strike the Manufacturers' jury demands, the dates for filing

16  motions, oppositions, and replies shall be as provided in Northern District of California Local

17  Rule 7.

18

19  SO ORDERED,

20
    DATED:    _____9/10/07_____          _____Ronald M. Whyte_____
21
                                         HON. RONALD M. WHYTE
22

23

24

25

26

27

28

1 | ON BEHALF OF MANUFACTURERS:

2

3 | DATED:  August 31, 2007                     Respectfully submitted,

4

5 | By /s/ *Robert Becher*
         Harold A. Barza

6 |      William Price
         Jon Steiger
         Robert Becher

7 |      QUINN EMANUEL URQUHART OLIVER &
         HEDGES

8 |      865 South Figueroa Street, 10th Floor
         Los Angeles, California  90017-2543

9 |      Matthew D. Powers

10 |     Jared Bobrow
         John D. Beynon
         WEIL, GOTSHAL & MANGES LLP

11

12 |     Attorneys for
         MICRON TECHNOLOGY INC., and
         MICRON SEMICONDUCTOR PRODUCTS,

13 |     INC.

14

15

16

17 | By /s/ *Kenneth L. Nissly*
          Kenneth R. O'Rourke
          O'MELVENY & MYERS LLP

18

19 |      Allen Ruby
          RUBY & SCHOFIELD

20 |      Kenneth L. Nissly
          Susan van Keulen

21 |      Geoffrey H. Yost
          THELEN REID BROWN RAYSMAN &

22 |      STEINER LLP

23 |      Daniel J. Furniss
          Theodore Brown, III

24 |      Jordan Trent Jones
          TOWNSEND and TOWNSEND CREW LLP

25 |      Attorneys for

26 |      HYNIX SEMICONDUCTOR, INC., HYNIX
          SEMICONDUCTOR AMERICA, INC., HYNIX

27 |      SEMICONDUCTOR U.K., LTD., and HYNIX
          SEMICONDUCTOR DEUTSCHLAND, GmbH

28

1

2

3

By */s/ David J. Healey*
    Matthew D. Powers
    Edward R. Reines
    WEIL, GOTSHAL & MANGES LLP
    Redwood Shores, CA 94065

4

5

    David J. Healey
    Anita E. Kadala
    WEIL, GOTSHAL & MANGES LLP
    Houston, TX 7702

6

7

8

    Attorneys for
    SAMSUNG ELECTRONICS CO., LTD.,
    SAMSUNG ELECTRONICS AMERICA, INC.,
    SAMSUNG SEMICONDUCTOR, INC., and
    SAMSUNG AUSTIN SEMICONDUCTOR, L.P.

9

10

11

12

By */s/  Jan Ellen Ellard*
    Robert E. Freitas
    Kai Tseng
    Craig Kaufman
    Jan Ellen Ellard
    ORRICK, HERRINGTON & SUTCLIFFE LLP
    Menlo Park, CA 94025

13

14

15

16

    Davin M. Stockwell
    Mark J. Shean
    ORRICK, HERRINGTON & SUTCLIFFE LLP
    Irvine, CA 92514

17

18

    Attorneys for
    NANYA TECHNOLOGY CORPORATION and
    NANYA TECHNOLOGY CORPORATION
    U.S.A.

19

20

21

22

23

24

25

26

27

28

20480/2204335.1

3574765.1

-6-

Case Nos. C 00-20905; C 05-00334; C 05-02298;
C 06-00244 RMW

JOINT STIPULATION AND [] ORDER REGARDING HEARING DATES

1  ON BEHALF OF RAMBUS:

2

3

4

5

6  DATED:  August 31, 2007              By */s/  Carolyn Hoecker Luedtke*
                                            Gregory P.Stone
7                                           Steven M. Perry
                                            Peter A. Detre
8                                           Carolyn Hoecker Luedtke
                                            MUNGER, TOLLES & OLSON LLP
9
                                            Rollin A. Ransom
10                                          SIDLEY AUSTIN LLP

11                                          Pierre J. Hubert
                                            Craig N. Tolliver
12                                          McKOOL SMITH PC

13                                          Attorneys for
                                            RAMBUS INC.
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1  Filer's Attestation:

2

3      I, Carolyn Hoecker Luedtke, am the ECF user whose identification and password are being

4  used to file this **JOINT STIPULATION AND [PROPOSED] ORDER REGARDING**

5  **HEARING DATES**.  In compliance with General Order 45.X.B, I hereby attest that David

6  Healey, Robert Becher, Jan Ellard, and Kenneth Nissly concur in this filing.

7

8                              By: /s/_____

9                              CAROLYN HOECKER LUEDTKE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

20480/2204335.1        3574765.1                -8-        Case Nos. C 00-20905; C 05-00334; C 05-02298;
                                                                                   C 06-00244 RMW
                                    JOINT STIPULATION AND [] ORDER REGARDING HEARING DATES