1  *[Attorney list on signature page]*

2  IN THE UNITED STATES DISTRICT COURT

3  NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| RAMBUS INC.,<br><br>　　　　Plaintiff,<br>v.<br><br>HYNIX SEMICONDUCTOR INC., HYNIX SEMICONDUCTOR AMERICA INC., HYNIX SEMICONDUCTOR MANUFACTURING AMERICA INC.,<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, INC., SAMSUNG AUSTIN SEMICONDUCTOR, L.P.,<br><br>NANYA TECHNOLOGY CORPORATION, NANYA TECHNOLOGY CORPORATION U.S.A.,<br><br>　　　　Defendants. | ***E-FILED - 10/4/07***<br><br>Case No. C 05-00334 RMW<br><br>**STIPULATION AND []<br>ORDER RE MANUFACTURERS'<br>REQUEST TO EXCEED APPLICABLE<br>PAGE LIMIT FOR THEIR MOTION<br>FOR SUMMARY JUDGMENT OF NON-<br>INFRINGEMENT AND INVALIDITY<br>OF THE FARMWALD PATENTS-IN-<br>SUIT** |
| RAMBUS INC.,<br><br>　　　　Plaintiff,<br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, INC., SAMSUNG AUSTIN SEMICONDUCTOR, L.P.,<br><br>　　　　Defendants. | Case No. C 05-02298 RMW |
| RAMBUS INC.,<br><br>　　　　Plaintiff,<br>v.<br><br>MICRON TECHNOLOGY, INC. and MICRON SEMICONDUCTOR PRODUCTS, INC.,<br><br>　　　　Defendants. | Case No. C 06-00244 RMW |

STIPULATION AND ORDER TO
EXCEED PAGE LIMIT FOR DEFS. MOTION
FOR SUMMARY JUDGMENT

CASE NO. C 05 00334 RMW
CASE NO. C 05 02298 RMW
CASE NO. C 06 00244 RMW

# STIPULATION

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that:

1. With respect to the motions for summary judgment dependent on claim construction that are due to be filed on October 5, 2007 in the above-captioned matters, the Manufacturers (i.e. the Hynix, Samsung, Nanya and Micron entities) may file a joint Motion for Summary Judgment of Non-infringement and Invalidity of the patents-in-suit that name Michael Farmwald and Mark Horowitz as inventors (the "Farmwald Patents-in-Suit"), not to exceed forty (40) pages in length; and

2. Rambus may file an opposition to that Motion, not to exceed forty (40) pages in length; and

3. The Manufacturers may file a reply to that Rambus opposition, not to exceed twenty-five (25) pages in length.

4. The Manufacturers will file no other motions for summary judgment due on October 5, 2007, regarding the Farmwald Patents-in-Suit.

5. This stipulation does not affect motions for summary judgment that the Manufacturers may file on the patents-in-suit that name Frederick Ware et al. as inventors or motions for summary judgment that Rambus may file.

|  |  |
|---|---|
| 1 | Respectfully submitted, |
| 2  DATED: September 21, 2007 | GEOFFREY H. YOST |
| 3 | KENNETH L. NISSLY |
|   | THELEN, REID, BROWN, RAYSMAN & STEINER LLP |
| 4 | KENNETH R. O'ROURKE |
|   | O'MELVENY & MYERS LLP |
|   | THEODORE G. BROWN III |
| 5 | TOWNSEND AND TOWNSEND AND CREW LLP |

1   Respectfully submitted,

2   DATED: September 21, 2007   GEOFFREY H. YOST
3   KENNETH L. NISSLY
    THELEN, REID, BROWN, RAYSMAN & STEINER LLP
4   KENNETH R. O'ROURKE
    O'MELVENY & MYERS LLP
    THEODORE G. BROWN III
5   TOWNSEND AND TOWNSEND AND CREW LLP

6

7   By:   /s/ *Theodore G. Brown III*
          Theodore G. Brown, III

8       Attorneys for Defendants
        HYNIX SEMICONDUCTOR INC.,
9       HYNIX SEMICONDUCTOR AMERICA INC.,
10      HYNIX SEMICONDUCTOR MANUFACTURING
        AMERICA INC.

11

12  DATED: September 21, 2007   GREGORY P. STONE
                                STEVEN M. PERRY
13                              PETER A. DETRE
                                MUNGER, TOLLES & OLSON LLP
14

15                              PIERRE J. HUBERT
                                McKOOL SMITH PC
16

17  By:   /s/ *Peter A. Detre*
          Peter A. Detre
18        Attorneys for Plaintiff
          RAMBUS INC.
19

20  DATED: September 21, 2007   ROBERT FREITAS
                                CRAIG KAUFMAN
21                              VICKIE FEEMAN
                                ORRICK HERRINGTON & SUTCLIFFE LLP
22

23
    By:   /s/ *Craig Kaufman*
24        Craig Kaufman

25        Attorneys for Defendants
          NANYA TECHNOLOGY CORPORATION,
26        NANYA TECHNOLOGY CORPORATION U.S.A.

27

28

| | | |
|---|---|---|
| 1 | DATED: September 21, 2007 | MATTHEW POWERS<br>DAVID HEALEY |
| 2 | | ANITA KADALA<br>WEIL GOTSHAL & MANGES LLP |
| 4 | | By:  /s/ *David Healey* |
| 5 | | David Healey |
| 6 | | Attorneys for Defendants<br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG |
| 7 | | SEMICONDUCTOR, INC., SAMSUNG AUSTIN SEMICONDUCTOR, L.P. |
| 9 | DATED: September 21, 2007 | ROBERT J. BECHER<br>QUINN EMANUEL URQUHART OLIVER & HEDGES LLP |
| 10 | | JARED BOBROW<br>WEIL GOTSHAL & MANGES LLP |
| 12 | | By:  /s/ *Jared Bobrow* |
| 13 | | Jared Bobrow |
| 14 | | Attorneys for Defendants<br>MICRON TECHNOLOGY, INC. and<br>MICRON SEMICONDUCTOR PRODUCTS, INC. |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: October 4, 2007          By: *Ronald M. Whyte*
                                    Ronald M. Whyte
                                    United States District Court Judge

61160548 v1