1  [All Parties listed on Signature Page]                    ***E-FILED - 10/4/07***

2
                        **UNITED STATES DISTRICT COURT**
3                       **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 4  RAMBUS INC., | Case No. C 05-00334 RMW |
| 5       Plaintiff, | **STIPULATION AND []** |
| | **ORDER ALLOWING RAMBUS INC.** |
| 6       vs. | **TO FILE A TWENTY-FIVE PAGE** |
| | **REPLY TO MANUFACTURERS'** |
| 7  HYNIX SEMICONDUCTOR INC., HYNIX | **RESPONSIVE BRIEF ON CLAIM** |
|    SEMICONDUCTOR AMERICA INC., HYNIX | **CONSTRUCTION** |
| 8  SEMICONDUCTOR MANUFACTURING | |
|    AMERICA INC., | |
| 9 | |
|    SAMSUNG ELECTRONICS CO., LTD., | |
| 10 SAMSUNG ELECTRONICS AMERICA, | |
|    INC., SAMSUNG SEMICONDUCTOR, INC., | |
| 11 SAMSUNG AUSTIN SEMICONDUCTOR, | |
|    L.P., | |
| 12 | |
|    NANYA TECHNOLOGY CORPORATION, | |
| 13 NANYA TECHNOLOGY CORPORATION | |
|    U.S.A., | |
| 14 | |
|         Defendants. | |
| 15 | |
| 16 RAMBUS INC., | Case No. C 05-002298 RMW |
| 17      Plaintiff, | |
| 18      v. | |
| 19 SAMSUNG ELECTRONICS CO., LTD., | |
|    SAMSUNG ELECTRONICS AMERICA, | |
| 20 INC., SAMSUNG SEMICONDUCTOR, INC., | |
|    SAMSUNG AUSTIN SEMICONDUCTOR, | |
| 21 L.P., | |
| 22      Defendants. | |
| 23 | |
| 24 RAMBUS INC., | Case No. C 06-00244 RMW |
| 25      Plaintiff, | |
| 26      vs. | |
| 27 MICRON TECHNOLOGY, INC. and MICRON | |
|    SEMICONDUCTOR PRODUCTS, INC., | |
| 28      Defendants. | |

Stipulation and [] Order
Case Nos. 05-00334, 05-002298, 06-00244 RMW
Austin 39567v1

1  Plaintiff Rambus Inc. ("Rambus"), Defendants Hynix Semiconductor Inc., Hynix
2  Semiconductor America Inc., Hynix Semiconductor Manufacturing America Inc., Samsung
3  Electronics Co., Ltd., Samsung Electronics America, Inc., Samsung Semiconductor, Inc.,
4  Samsung Austin Semiconductor, L.P., Nanya Technology Corporation, Nanya Technology
5  Corporation, U.S.A., Micron Technology, Inc. and Micron Semiconductor Products, Inc.
6  (collectively "Manufacturers"), hereby stipulate that Rambus may file a twenty-five page Reply
7  to Manufacturers' Responsive Brief on Claim Construction.
8  IT IS HEREBY ORDERED:
9  Rambus may file a twenty-five page Reply to Manufacturers' Responsive Brief on Claim
10 Construction.
11 PURSUANT TO STIPULATION, IT IS SO ORDERED.
12 Dated:  10/4  , 2007

Honorable Ronald M. Whyte
United States District Court Judge

-2-

Stipulation and [] Order
Case Nos. 05-00334, 05-002298, 06-00244 RMW

Austin 39567v1

Dated:  September 21, 2007          Respectfully submitted,

                                    FOR RAMBUS INC.


                                    By    /s/ Pierre J. Hubert
                                        Pierre J. Hubert
                                        McKool Smith P.C..
                                        300 W. Sixth Street, Suite 1700
                                        Austin, TX  78701


Dated:  September 21, 2007          FOR THE MANUFACTURERS


                                    By    /s/ Susan van Keulen
                                        Theodore G. Brown III
                                        Susan van Keulen
                                        TOWNSEND and TOWNSEND and CREW LLP
                                        Attorneys for Hynix Semiconductor Inc.,
                                        Hynix Semiconductor America Inc., Hynix
                                        Semiconductor U.K. Ltd., and Hynix Semiconductor
                                        Deutschland GmBH



                                    By      /s/ Robert Becher
                                        Robert Becher
                                        QUINN EMANUEL URQUAHART OLIVER &
                                        HEDGES

                                        Jared Bobrow
                                        WEIL GOTSHAL & MANGES LLP
                                        Attorneys for Micron Technology, Inc.
                                        Micron Semiconductor Products Inc.



                                    By      /s/ Anita Kadala
                                        Matthew Powers
                                        David Healey
                                        Anita Kadala
                                        WEIL GOTSHAL & MANGES LLP
                                        Attorneys for Samsung Electronics Co., Ltd.
                                        Samsung Electronics America, Inc.
                                        Samsung Semiconductor, Inc.
                                        Samsung Austin Semiconductor, L.P.

1
2                                   By ___/s/ Craig Kaufman_____
                                        Robert Freitas
3                                       Craig Kaufman
                                        Vickie Feeman
4                                       ORRICK HERRINGTON & SUTCLIFFE
                                        Attorneys for Nanya Technology Corporation
5                                       Nanya Technology Corporation U.S.A.
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28                                             -4-

Stipulation and [ Order
Case Nos. 05-00334, 05-002298, 06-00244 RMW

Austin 39567v1