1  [*Attorney list on signature page*]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**   *E-FILED - 10/17/07*

| | |
|---|---|
| HYNIX SEMICONDUCTOR INC.; HYNIX SEMICONDUCTOR AMERICA, INC.; HYNIX SEMICONDUCTOR U.K. LTD.; and HYNIX SEMICONDUCTOR DEUTSCHLAND GmbH,<br><br>Plaintiffs,<br><br>vs.<br><br>RAMBUS INC.,<br><br>Defendant. | CASE NO. C 00-20905 RMW<br><br>[PROPOSED] ORDER EXTENDING TIME FOR CERTAIN EXPERT DISCOVERY |
| RAMBUS INC.,<br><br>Plaintiff,<br><br>vs.<br><br>HYNIX SEMICONDUCTOR INC., HYNIX SEMICONDUCTOR AMERICA INC., HYNIX SEMICONDUCTOR MANUFACTURING AMERICA INC.,<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, INC., SAMSUNG AUSTIN SEMICONDUCTOR, L.P.,<br><br>NANYA TECHNOLOGY CORPORATION, NANCY TECHNOLOGY CORPORATION U.S.A.,<br><br>Defendants. | CASE NO. C 05-00334 RMW |

20480/2209350.1
3770916.1

| | |
|---|---|
| RAMBUS INC.,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, INC., SAMSUNG AUSTIN SEMICONDUCTOR, L.P.,<br><br>Defendants. | CASE NO. C 05-02298 RMW |
| RAMBUS INC.,<br><br>Plaintiff,<br><br>vs.<br><br>MICRON TECHNOLOGY, INC., and MICRON SEMICONDUCTOR PRODUCTS, INC.,<br><br>Defendants. | CASE NO. C 06-00244 RMW |

3770916.1 -2-

## STIPULATION AND [~~PROPOSED~~] ORDER

WHEREAS, the expert discovery cutoff in the above-captioned actions was set for October 8, 2007 by Order dated July 16, 2007;

WHEREAS, the deadline for Daubert motions in the above-captioned actions was set for October 17, 2007 by Order dated July 16, 2007;

WHEREAS, the parties have agreed to hold the deposition of Jeffrey Lefstin on October 12, 2007;

WHEREAS, the parties have agreed to hold the deposition of Bronwyn Hall on October 15, 2007;

WHEREAS, the parties have agreed to hold the deposition of Jon Stark on October 16, 2007;

WHEREAS, the parties have agreed to hold the deposition of Peter Heuser on October 23, 2007;

WHEREAS, the parties have agreed to hold the deposition of Bruce Jacob on October 26, 2007;

WHEREAS, the parties have agreed to hold the deposition of David Teece on November 9, 2007;

THEREFORE, IT IS ORDERED THAT

The expert discovery cutoff in the above-captioned actions shall be lifted to accommodate the agreement of counsel on these matters. It is further ordered that the October 17, 2007 deadline for Daubert motions and subsequent briefing schedule is extended for purposes of any challenge to David Teece, Bruce Jacob, Jon Stark, Bronwyn Hall, Peter Heuser and Jeffrey Lefstin to the following:

1       David Teece

2       Opening brief is due November 28, 2007. Opposition brief is due December 12, 2007. Reply brief is due December 19, 2007. This motion will be heard by the Court on January 11, 2008.

5       Bruce Jacob

6       Opening brief is due November 9, 2007. Opposition brief is due November 28, 2007. Reply brief is due December 5, 2007. This motion will be heard by the Court on December 14, 2007.

9       Jon Stark

10       Opening brief is due October 30, 2007. Opposition brief is due November 13, 2007. Reply brief is due November 20, 2007. This motion will be heard by the Court on December 14, 2007.

13       Peter Heuser

14       Opening brief is due November 6, 2007. Opposition brief is due November 20, 2007. Reply brief is due November 28, 2007. This motion will be heard by the Court on December 14, 2007.

17       Bronwyn Hall

18       Opening brief is due October 29, 2007. Opposition brief is due November 13, 2007. Reply brief is due November 20, 2007. This motion will be heard by the Court on December 14, 2007.

21       Jeffrey Lefstin

22       Opening brief is due October 26, 2007. Opposition brief is due November 9, 2007. Reply brief is due November 16, 2007. This motion will be heard by the Court on December 14, 2007.

SO ORDERED,

DATED:   10/17/07

*Ronald M. Whyte*

HON. RONALD M. WHYTE

3770916.1       -4-

ON BEHALF OF MANUFACTURERS:

DATED: October 12, 2007

Respectfully submitted,

By /s/
Harold A. Barza
William Price
Jon Steiger
Robert Becher
QUINN EMANUEL URQUHART OLIVER & HEDGES
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543

Matthew D. Powers
Jared Bobrow
John D. Beynon
WEIL, GOTSHAL & MANGES LLP

Attorneys for
MICRON TECHNOLOGY INC., and
MICRON SEMICONDUCTOR PRODUCTS, INC.

By /s
Kenneth R. O'Rourke
O'MELVENY & MYERS LLP

Allen Ruby
RUBY & SCHOFIELD

Kenneth L. Nissly
Susan van Keulen
Geoffrey H. Yost
THELEN REID BROWN RAYSMAN & STEINER LLP

Daniel J. Furniss
Theodore Brown, III
Jordan Trent Jones
TOWNSEND and TOWNSEND CREW LLP

Attorneys for
HYNIX SEMICONDUCTOR, INC., HYNIX SEMICONDUCTOR AMERICA, INC., HYNIX SEMICONDUCTOR U.K., LTD., and HYNIX

1  SEMICONDUCTOR DEUTSCHLAND, GmbH

2

3

4  By /s/
   Matthew D. Powers
   Edward R. Reines
5  WEIL, GOTSHAL & MANGES LLP
   Redwood Shores, CA 94065

6
   David J. Healey
7  Anita E. Kadala
   WEIL, GOTSHAL & MANGES LLP
8  Houston, TX 7702

9  Attorneys for
   SAMSUNG ELECTRONICS CO., LTD.,
10 SAMSUNG ELECTRONICS AMERICA, INC.,
   SAMSUNG SEMICONDUCTOR, INC., and
11 SAMSUNG AUSTIN SEMICONDUCTOR, L.P.

12

13
   By /s/
14 Robert E. Freitas
   Craig R. Kaufman
15 Jan Ellard
   ORRICK, HERRINGTON & SUTCLIFFE LLP
16 Menlo Park, CA 94025

17 Davin M. Stockwell
   Mark J. Shean
18 ORRICK, HERRINGTON & SUTCLIFFE LLP
   Irvine, CA 92514

19
   Attorneys for
20 NANYA TECHNOLOGY CORPORATION and
   NANYA TECHNOLOGY CORPORATION
21 U.S.A.

22

23

24

25

26

27

28

3770916.1                       -6-

1  ON BEHALF OF RAMBUS:

6  DATED: October 12, 2007          By /s/
                                    Gregory P. Stone
                                    Steven M. Perry
                                    Peter A. Detre
                                    Carolyn Hoecker Luedtke
                                    Sean Eskovitz
                                    Erin C. Dougherty
                                    MUNGER, TOLLES & OLSON LLP

                                    Rollin A. Ransom
                                    SIDLEY AUSTIN LLP

                                    Pierre J. Hubert
                                    Craig N. Tolliver
                                    McKOOL SMITH PC

                                    Attorneys for
                                    RAMBUS INC.

## FILER'S ATTESTATION

I, Erin C. Dougherty, am the person under whose ECF number this **[PROPOSED] ORDER EXTENDING TIME FOR CERTAIN EXPERT DISCOVERY** is being filed, and I attest that I am authorized to sign and to file by the above-listed counsel for Hynix, Nanya, Micron and Samsung.

Dated: October 12, 2007

_____
Erin C. Dougherty