UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

CIVIL MINUTES

DATE: October 26, 2007

| | |
|---|---|
| Case No. C-00-20905-RMW | JUDGE: Ronald M. Whyte |
| HYNIX | -v- RAMBUS |
| Case No. C-05-00334-RMW | |
| RAMBUS, INC. | -v- HYNIX, et al. |
| Case No. C-05-2298-RMW | |
| RAMBUS, INC. | -v- SAMSUNG |
| Case No. C-06-00244-RMW | |
| RAMBUS, INC. | -v- MICRON |
| Title | |

| Appeared | Appeared |
|---|---|
| Attorneys Present | Attorneys Present |

COURT CLERK: Jackie Garcia          COURT REPORTER: Lee-Anne Shortridge

## PROCEEDINGS

**Rambus's Motion to Strike Jury Demands with Respect to the January 22, 2008 Trial; Rambus's Motion for Summary Adjudication on 17200 Claim in "Count VII" of Samsung's Counterclaims and Exhibits 2-11; Hynix's Motion to Strike Rambus's 2nd, 4th, 5th, 6th, 7th, 9th, 11th, 12th, 13th, 15th, 16th and 19th Affirmative Defenses or, in the Alternative, Request for Additional Discovery; Samsung's Motion to Strike Rambus's Counterclaims in Reply or, Alternatively, for More Definite Statement; Nanya's Motion to Strike; Rambus's Motion for Summary Adjudication on Jedec Claim in "Count VII' of Samsung's Counterclaims; Micron's Motion to Strike or, in the Alternative, Stay Rambus's Infringement Counterclaims in Reply**

**ORDER AFTER HEARING**

**Hearing Held. The Court heard oral argument from counsel. The Court's tentative ruling is to grant the Manufacturers' motions to strike Rambus' counterclaims. Granting in part and denying in part Samsung and Hynix's motions to strike affirmative defenses. The Court took the remaining motions under submission. The Court to send out a final ruling to the parties. The matter is deemed submitted.**