IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HYNIX SEMICONDUCTOR, INC., <br>     Plaintiff, <br>     -v- <br> RAMBUS, INC., <br>     Defendant. | ***E-FILED - 11/16/07*** <br> CASE NO.: C-00-20905-RMW <br> **SEALING ORDER** |
| RAMBUS, INC., <br>     Plaintiff, <br>     -v- <br> HYNIX SEMICONDUCTOR, INC., et al., <br>     Defendant. | CASE NO.: C-05-00334-RMW |
| RAMBUS, INC., <br>     Plaintiff, <br>     -v- <br> SAMSUNG ELECTRONICS CO., et al., <br>     Defendant. | CASE NO.: C-05-02298-RMW |
| RAMBUS, INC., <br>     Plaintiff, <br>     -v- <br> MICRON TECHNOLOGY, et al., <br>     Defendant. | CASE NO.: C-06-00244-RMW |

1
2
3       IT IS HEREBY ORDERED that Rambus Inc.'s Reply Brief in Support of Rambus Inc.'s
4  Motion for Summary Judgment No.6, on Prosecution Laches lodged with the court on November 8,
5  2007 shall be filed under seal.
6       IT IS SO ORDERED.
7
8  DATED:  November 16, 2007

9                                                           _____
                                                            RONALD M. WHYTE
10                                                          United States District Judge

1
2  Copy of Order E-Filed to Counsel of Record:
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28