IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HYNIX SEMICONDUCTOR, INC., <br>    Plaintiff, <br>    -v- <br> RAMBUS, INC., <br>    Defendant. | ***E-FILED - 11/16/07*** <br> CASE NO.: C-00-20905-RMW <br> **SEALING ORDER** |
| RAMBUS, INC., <br>    Plaintiff, <br>    -v- <br> HYNIX SEMICONDUCTOR, INC., et al., <br>    Defendant. | CASE NO.: C-05-00334-RMW |
| RAMBUS, INC., <br>    Plaintiff, <br>    -v- <br> SAMSUNG ELECTRONICS CO., et al., <br>    Defendant. | CASE NO.: C-05-02298-RMW |
| RAMBUS, INC., <br>    Plaintiff, <br>    -v- <br> MICRON TECHNOLOGY, et al., <br>    Defendant. | CASE NO.: C-06-00244-RMW |

1
2
3      IT IS HEREBY ORDERED that Rambus Inc.'s Reply in Support of ITS Motion for
4  Summary Judgment No.2 re: Disclosure Duty and Breach of Contract lodged with the court on
5  November 8, 2007 shall be filed under seal.
6      IT IS SO ORDERED.
7
8  DATED:  November 16, 2007
9                                                          _____
10                                                              RONALD M. WHYTE
                                                              United States District Judge
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Copy of Order E-Filed to Counsel of Record: