IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RAMBUS, INC.,

    Plaintiff,

-v-

MICRON TECHNOLOGY, INC.,

    Defendant.

*E-FILED - 1/3/08*

CASE NO.: C-06-00244-RMW

**SEALING ORDER**

IT IS HEREBY ORDERED that Declaration of Carolyn Hoecker Luedtke in Support of Rambus inc.'s Opposition to Manufacturers' Motion to Compel Production of Electronic Documents Held by Joel Karp lodged with the court on November 30, 2007 shall be filed under seal.

IT IS SO ORDERED.

DATED: January 3, 2008

_____
RONALD M. WHYTE
United States District Judge

| 1 | Copy of Order E-Filed to Counsel of Record: |
|---|---|
| 2 | |