Gregory P. Stone (State Bar No. 078329)
Steven M. Perry (State Bar No. 106154)
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, California 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702
Email: *gregory.stone@mto.com;*
*steven.perry@mto.com; sean.eskovitz@mto.com*

Rollin A. Ransom (State Bar No. 196126)
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California 90013-1010
Telephone: (213) 896-6000
Facsimile: (213) 896-6600
Email: *rransom@sidley.com*

Peter A. Detre (State Bar No. 182619)
Carolyn Hoecker Luedtke (State Bar No. 207976)
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, California 94105-2907
Telephone: (415) 512-4000
Facsimile: (415) 512-4077
Email: *peter.detre@mto.com;*
*carolyn.luedtke@mto.com*

Pierre J. Hubert (Pro Hac Vice)
Craig N. Tolliver (Pro Hac Vice)
McKOOL SMITH PC
300 West 6th Street, Suite 1700
Austin, TX 78701
Telephone: (512) 692-8700
Facsimile: (512) 692-8744
E-mail: *phubert@mckoolsmith.com;*
*ctolliver@mckoolsmith.com*

Attorneys for Defendant and Counterclaim-Plaintiff RAMBUS INC.

E-FILED 1/3/08

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RAMBUS INC., <br><br> Plaintiff, <br><br> v. <br><br> HYNIX SEMICONDUCTOR INC., et al., <br><br> Defendants | CASE NO.: C 06-00244 RMW <br><br> [~~PROPOSED~~] ORDER GRANTING RAMBUS INC.'S MOTION FOR ADMINISTRATIVE RELIEF TO FILE DOCUMENT UNDER SEAL (LOCAL RULES 79-5 AND 7-11) <br><br> Date: December 12, 2007 <br> Time: 8:30 a.m. <br> Place: JAMS, telephonic <br> Judge: Hon. Read A. Ambler, Ret. |

4070981.1

1 | On December 10, 2007, Rambus Inc. filed a Motion For Administrative Relief To File Document
2 | Under Seal in the above-captioned actions with respect to the following document:
3 |
4 | • Rambus Inc.'s Reply Memorandum in Support of Motion to Compel Micron's
5 | Production of Rule 30(b)(6) Witness on Communications with FTC
6 |
7 | The Motion for Administrative Relief and the supporting declaration establish that the foregoing
8 | document is properly filed under seal.
9 | Good cause appearing, IT IS HEREBY ORDERED that the foregoing document shall be
10 | filed under seal.

Dated: 1/3/08 , 2007

/s/ Ronald M. Whyte
Honorable Ronald M. Whyte
United States District Court Judge