Gregory P. Stone (State Bar No. 078329)
Steven M. Perry (State Bar No. 106154)
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, California 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702
Email: *gregory.stone@mto.com;*
*steven.perry@mto.com; sean.eskovitz@mto.com*

Rollin A. Ransom (State Bar No. 196126)
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California 90013-1010
Telephone: (213) 896-6000
Facsimile: (213) 896-6600
Email: *rransom@sidley.com*

Peter A. Detre (State Bar No. 182619)
Carolyn Hoecker Luedtke (State Bar
No. 207976)
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, California 94105-2907
Telephone: (415) 512-4000
Facsimile: (415) 512-4077
Email: *peter.detre@mto.com;*
*carolyn.luedtke@mto.com*

Pierre J. Hubert (Pro Hac Vice)
Craig N. Tolliver (Pro Hac Vice)
McKOOL SMITH PC
300 West 6th Street, Suite 1700
Austin, TX 78701
Telephone: (512) 692-8700
Facsimile: (512) 692-8744
E-mail: *phubert@mckoolsmith.com;*
*ctolliver@mckoolsmith.com*

Attorneys for Defendant and Counterclaim-
Plaintiff RAMBUS INC.

## *E-FILED - 1/3/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RAMBUS INC., <br><br> Plaintiff, <br><br> v. <br><br> MICRON TECHNOLOGY, INC., and , MICRON SEMICONDUCTOR PRODUCTS, INC., <br><br> Defendants | CASE NO.: C 06-00244 RMW <br><br> **[PROPOSED] ORDER GRANTING RAMBUS INC.'S MOTION FOR ADMINISTRATIVE RELIEF TO FILE DOCUMENTS UNDER SEAL (LOCAL RULES 79-5 AND 7-11)** <br><br> Date: December 12, 2007 <br> Time: 8:30 a.m. <br> Place: JAMS, telephonic <br> Judge: Hon. Read A. Ambler, Ret. |

| | |
|---|---|
| RAMBUS INC., | CASE NO. C 05-00334 RMW |
| Plaintiff, | |
| v. | |
| HYNIX SEMICONDUCTOR INC., et al., | |
| Defendants. | |
| RAMBUS INC., | CASE NO. C 05-02298 RMW |
| Plaintiff, | |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., et al., | |
| Defendants. | |
| HYNIX SEMICONDUCTOR INC.; HYNIX SEMICONDUCTOR AMERICA, INC.; HYNIX SEMICONDUCTOR U.K. LTD.; and HYNIX SEMICONDUCTOR DEUTSCHLAND GmbH, | CASE NO. CV 00-20905 RMW |
| Plaintiff, | |
| vs. | |
| RAMBUS INC., | |
| Defendant. | |

4051450.2

[Proposed] Order Granting Mot. to File Under Seal,
Case Nos. 06-00244 RMW , 05-00334 RMW,
05-02298 RMW & 00-20905 RMW

On December 6, 2007, Rambus Inc. filed a Motion For Administrative Relief To File Documents Under Seal in the above-captioned actions with respect to the following documents:

- Exhibits A, C, and F to the [Corrected] Declaration of Carolyn Hoecker Luedtke in Support of Rambus Inc.'s Motion to Compel Micron's Production of Rule 30(b)(6) Witness on Communications with FTC

The Motion for Administrative Relief and the supporting declaration establish that the foregoing documents are properly filed under seal. The [Corrected] Declaration of Carolyn Hoecker Luedtke in Support of Rambus Inc.'s Motion to Compel Micron's Production of Rule 30(b)(6) Witness on Communications with FTC and accompanying exhibits replace the Declaration of Carolyn Hoecker Luedtke in Support of Rambus Inc.'s Motion to Compel Micron's Production of Rule 30(b)(6) Witness on Communications with FTC and accompanying exhibits that were filed on November 30, 2007, and in which Exhibit F was inadvertently not filed under seal.

Good cause appearing, IT IS HEREBY ORDERED that the foregoing documents shall be filed under seal, and the Declaration of Carolyn Hoecker Luedtke in Support of Rambus Inc.'s Motion to Compel Micron's Production of Rule 30(b)(6) Witness on Communications with FTC and accompanying exhibits filed on November 30, 2007 should be removed from the dockets in the above-captioned actions (appearing at: 00-20905 RMW - Docket # 2805; 05-00334 RMW - Docket # 771; 05-02298 RMW - Docket #588; 06-00244 RMW - Docket #405).

Dated: ___1/3/08___, 20XX

_Ronald M. Whyte_
Honorable Ronald M. Whyte
United States District Court Judge

[Proposed] Order Granting Mot. to File Under Seal, Case Nos. 06-00244 RMW , 05-00334 RMW, 05-02298 RMW & 00-20905 RMW