| | |
|---|---|
| Gregory P. Stone (State Bar No. 078329)<br>Steven M. Perry (State Bar No. 106154)<br>Sean Eskovitz (State Bar No. 241877)<br>MUNGER, TOLLES & OLSON LLP<br>355 South Grand Avenue, 35th Floor<br>Los Angeles, California 90071-1560<br>Telephone: (213) 683-9100;<br>Facsimile: (213) 687-3702<br>Email: *gregory.stone@mto.com;*<br>*steven.perry@mto.com; sean.eskovitz@mto.com*<br><br>Peter A. Detre (State Bar No. 182619)<br>Carolyn Hoecker Luedtke (State Bar No. 207976)<br>MUNGER, TOLLES & OLSON LLP<br>560 Mission Street, 27th Floor<br>San Francisco, California 94105<br>Telephone: (415) 512-4000;<br>Facsimile: (415) 512-4077<br>Email: *peter.detre@mto.com;*<br>*carolyn.luedtke@mto.com* | Rollin A. Ransom (State Bar No. 196126)<br>SIDLEY AUSTIN LLP<br>555 West Fifth Street, Suite 4000<br>Los Angeles, California 90013-1010<br>Telephone: (213) 896-6000;<br>Facsimile: (213) 896-6600<br>Email: *rransom@sidley.com*<br><br>Pierre J. Hubert (Pro Hac Vice)<br>Craig N. Tolliver (Pro Hac Vice)<br>McKOOL SMITH PC<br>300 West 6th Street, Suite 1700<br>Austin, TX 78701<br>Telephone: (512) 692-8700;<br>Facsimile: (512) 692-8744<br>E-mail: *phubert@mckoolsmith.com;*<br>*ctolliver@mckoolsmith.com*<br><br>Attorneys for Plaintiff and Counterclaim-Defendant<br>RAMBUS INC. |

E-FILED 1/3/08

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| HYNIX SEMICONDUCTOR INC., et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>RAMBUS INC.,<br><br>    Defendant. | CASE NO.: CV 00-20905 RMW<br><br>[~~XXXXXXXX~~] [PROPOSED] **ORDER GRANTING RAMBUS INC.'S MOTION FOR ADMINISTRATIVE RELIEF TO FILE DOCUMENTS UNDER SEAL (LOCAL RULES 79-5 AND 7-11)**<br><br>Trial Date: January 11, 2008<br>Time: 9:00 a.m.<br>Location: Courtroom 6<br>Judge: Hon. Ronald M. Whyte |
| RAMBUS INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>HYNIX SEMICONDUCTOR INC., et al.,<br><br>    Defendants. | CASE NO.: C 05-00334 RMW |

4086110.1

| | |
|---|---|
| RAMBUS INC., | CASE NO.: C 05-02298 RMW |
| Plaintiff, | |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., et al., | |
| Defendants. | |
| RAMBUS INC., | CASE NO.: C-06-00244 RMW |
| Plaintiff, | |
| vs. | |
| MICRON TECHNOLOGY INC. and MICRON SEMICONDUCTOR PRODUCTS, INC., | |
| Defendants. | |

4086110.1

| | |
|---|---|
| 1 | On December 12, 2007, Rambus Inc. filed a Motion For Administrative Relief To File |
| 2 | Documents Under Seal in the above-captioned actions with respect to the following documents: |
| 3 | 1. Rambus's Opposition to Manufacturers' *Daubert* Motion to Exclude Certain |
| 4 | Testimony of Dr. David J. Teece (Confidential Version) ("Rambus's Opposition"). |
| 5 | 2. Exhibits B and C to the Declaration of Steven M. Perry in support of Rambus's |
| 6 | Opposition. |
| 7 | The Motion for Administrative Relief and the supporting declaration establish that the |
| 8 | foregoing documents are properly filed under seal. |
| 9 | Good cause appearing, IT IS HEREBY ORDERED that the foregoing documents shall be |
| 10 | filed under seal. |

Dated: ____1/3/08____, 2̶0̶0̶7̶XX          /s/ Ronald M. Whyte
                                    _____