| | | |
|---|---|---|
| 1 | [*Attorney list on signature page*] | *E-FILED - 1/10/08* |
| 2 | UNITED STATES DISTRICT COURT | |
| 3 | NORTHERN DISTRICT OF CALIFORNIA | |
| 4 | SAN JOSE DIVISION | |

| | | |
|---|---|---|
| 5 | HYNIX SEMICONDUCTOR INC.; HYNIX SEMICONDUCTOR AMERICA, INC.; HYNIX SEMICONDUCTOR U.K. LTD.; and HYNIX SEMICONDUCTOR DEUTSCHLAND GmbH, | CASE NO. C 00-20905 RMW |
| 6-7 | | **JOINT [] ORDER CHANGING PRETRIAL STATEMENT DEADLINE AND DEADLINE FOR PROPOSED VOIR DIRE AND VERDICT FORMS** |
| 8 | Plaintiffs, | |
| 9 | vs. | |
| 10 | RAMBUS INC., | |
| 11 | Defendant. | |
| 12 | RAMBUS INC., | CASE NO. C 05-00334 RMW |
| 13 | Plaintiff, | |
| 14 | vs. | |
| 15-16 | HYNIX SEMICONDUCTOR INC., HYNIX SEMICONDUCTOR AMERICA INC., HYNIX SEMICONDUCTOR MANUFACTURING AMERICA INC., | |
| 18-19 | SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, INC., SAMSUNG AUSTIN SEMICONDUCTOR, L.P., | |
| 20-21 | NANYA TECHNOLOGY CORPORATION, NANYA TECHNOLOGY CORPORATION U.S.A., | |
| 22 | Defendants. | |

4136592.1

JOINT [] ORDER
Case Nos. C 00-20905; C 05-00334; C 06 00244 RMW

| | |
|---|---|
| RAMBUS INC.,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>MICRON TECHNOLOGY, INC., and<br>MICRON SEMICONDUCTOR PRODUCTS,<br>INC.,<br><br>　　　　Defendants. | CASE NO. C 06-00244 RMW |

**STIPULATION AND ORDER**

WHEREAS, the Court's December 19, 2007 pretrial order cancelled the January 9, 2008 pretrial conference and reset that conference for January 17, 2008, to be followed by a further pretrial conference on January 22, 2008; and

WHEREAS, the parties have agreed that in light of the change in the date of the pretrial conference, the deadline for the exchange and then filing of pretrial statements, proposed verdict forms, and proposed voir dire should be postponed two days each;

NOW therefore, it is hereby AGREED and STIPULATED, by and among the parties hereto through their undersigned counsel as follows:

1. The January 7, 2008 deadline to exchange a draft of Preliminary Pretrial Statements with items delineated in Standing Order Paragraphs B(8)(a), (b), (c), (d), (f), (h), (i), (j), (k), and (l) shall be changed to January 9, 2008; and

2. The January 9, 2008 deadline to file joint pretrial statement with items delineated in Standing Order Paragraphs B(8)(a), (b), (c), (d), (f), (h), (i), (j), (k), and (l) shall be changed to January 11, 2008; and

3. The January 9, 2008 deadline to exchange proposed voir dire and proposed verdict forms pursuant to Standing Order Paragraph B(4) and B(6) shall be changed to January 11, 2008; and

4. The January 14, 2008 deadline to file proposed voir dire and proposed verdict forms, with any objections, pursuant to Standing Order Paragraphs B(4), B(6), and C(4) shall be changed to January 16, 2008.

SO ORDERED,

DATED: 1/10/08  _____
HON. RONALD M. WHYTE

4136592.1                                            - 1 -                                    JOINT [] ORDER
Case Nos. C 00-20905; C 05-00334; 06 00244 RMW

FOR THE MANUFACTURERS

January 6, 2008 Respectfully submitted,

By */S/*
Harold A. Barza
William Price
Robert Becher
QUINN EMANUEL URQUHART OLIVER & HEDGES
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543

Jared Bobrow
John D. Beynon
WEIL, GOTSHAL & MANGES LLP
Redwood Shores, CA 94065

Attorneys for
MICRON TECHNOLOGY, INC., and
MICRON SEMICONDUCTOR PRODUCTS, INC.

|   |   |
|---|---|
| 1 | |
| 2 | By  /S/ |
| 3 | Robert E. Freitas |
|   | Craig R. Kaufman |
| 4 | Jan Ellard |
|   | Jason Angell |
| 5 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
|   | Menlo Park, CA 94025 |
| 6 | |
|   | Attorneys for |
| 7 | NANYA TECHNOLOGY CORPORATION and NANYA |
|   | TECHNOLOGY CORPORATION U.S.A. |
| 8 | |
| 9 | By  /S/ |
|   | Theodore G. Brown, III |
| 10 | Susan van Keulen |
|   | TOWNSEND and TOWNSEND and CREW LLP |
| 11 | 379 Lytton Avenue |
|   | Palo Alto, California 94301 |
| 12 | |
|   | Attorneys for |
| 13 | HYNIX SEMICONDUCTOR INC., HYNIX SEMICONDUCTOR |
|   | AMERICA INC., HYNIX SEMICONDUCTOR |
| 14 | MANUFACTURING AMERICA INC., HYNIX |
|   | SEMICONDUCTOR U.K. LTD., and HYNIX SEMICONDUCTOR |
| 15 | DEUTSCHLAND GmbH |
| 16 | |
| 17 | FOR RAMBUS INC. |
| 18 | January 6, 2008 |
| 19 | |
| 20 | By  /s/ |
|   | Gregory P. Stone |
| 21 | Steven M. Perry |
|   | Peter A. Detre |
| 22 | Carolyn Hoecker Luedtke |
|   | MUNGER, TOLLES & OLSON LLP |
| 23 | 560 Mission Street, 27th Floor |
|   | San Francisco, CA 94105 |
| 24 | Attorneys for |
|   | RAMBUS INC. |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

4136592.1

JOINT [] ORDER
Case Nos. C 00-20905; C 05-00334; 06 00244 RMW

| | |
|---|---|
| 1 | |
| 2 | <u>Filer's Attestation</u>: |
| 3 | I, Carolyn Hoecker Luedtke, am the ECF user whose identification and password are being |
| 4 | used to file this **JOINT [PROPOSED] ORDER CHANGING PRETRIAL STATEMENT** |
| 5 | **DEADLINE AND DEADLINE FOR PROPOSED VOIR DIRE AND VERDICT FORMS** |
| 6 | In compliance with General Order 45.X.B, I hereby attest that Jan Ellard, Susan Van Keulen, and |
| 7 | Robert Becher representing the parties listed above concur in this filing. |

By: __*/s/*_____

Carolyn Hoecker Luedtke

4136592.1 - 4 - JOINT [] ORDER
Case Nos. C 00-20905; C 05-00334; 06 00244 RMW