1  Attorneys Listed on Signature Page

*E-FILED - 1/17/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| RAMBUS INC.,<br><br>Plaintiff,<br><br>v.<br><br>HYNIX SEMICONDUCTOR INC., HYNIX SEMICONDUCTOR AMERICA INC., HYNIX SEMICONDUCTOR MANUFACTURING AMERICA INC.,<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, INC., SAMSUNG AUSTIN SEMICONDUCTOR, L.P.,<br><br>NANYA TECHNOLOGY CORPORATION, NANYA TECHNOLOGY CORPORATION U.S.A.,<br><br>Defendants. | CASE NO. C 05-00334 RMW<br><br>**STIPULATION AND [] ORDER RESOLVING MANUFACTURERS' MOTION *IN LIMINE* NO. 2 AND RAMBUS'S MOTION IN LIMINE NO. 5 (DOCUMENT RETENTION AND DESTRUCTION EVIDENCE)**<br><br>Date:   January 17, 2008<br>Time:   2:00 p.m..<br>Judge:  Hon. Ronald M. Whyte |

4187977.1

| | |
|---|---|
| RAMBUS INC.,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>MICRON TECHNOLOGY, INC., and MICRON SEMICONDUCTOR PRODUCTS, INC.,<br><br>　　　　　Defendants. | CASE NO. C 06-00244 RMW |
| HYNIX SEMICONDUCTOR INC., HYNIX SEMICONDUCTOR AMERICA INC., HYNIX SEMICONDUCTOR MANUFACTURING AMERICA INC.,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>RAMBUS INC.,<br><br>　　　　　Defendant. | CASE NO. C 00-20905 RMW |

| | |
|---|---|
| 1 | WHEREAS, the above-captioned cases have been phased such that the claims and |
| 2 | defenses asserted by the Hynix, Micron, and Nanya entities (the "Manufacturers'") based on |
| 3 | allegations of spoliation by Rambus have been, or will be, adjudicated in separate proceedings; |
| 4 | WHEREAS, the parties' claims and defenses set forth in Attachments 1 through 3 |
| 5 | and 5-5A of the July 31, 2007 Joint Case Management Conference Statement will be tried on |
| 6 | January 29, 2008 (hereinafter the "January '08 Trial"); |
| 7 | WHEREAS, as a condition to continued coordination, the Court at the December |
| 8 | 14, 2007 pretrial conference required the parties to enter into a stipulation addressing limits on |
| 9 | evidence of document destruction, document retention, or spoliation; and |
| 10 | WHEREAS, the parties have agreed that no party will seek to introduce this |
| 11 | stipulation as evidence, or rely on this stipulation or its terms: (i) to defend against any allegation |
| 12 | of spoliation or unclean hands in the above-referenced action; (ii) in the action entitled Micron |
| 13 | Technology, Inc. v. Rambus Inc. in the United States District Court for the District of Delaware, |
| 14 | C.A. No. 00-792 (SLR); (iii) in the action entitled Rambus Inc. v. Micron Technology, Inc., et al., |
| 15 | in the Superior Court of the State of California for the County of San Francisco, Case No. CGC |
| 16 | 04-431105; or (iv) in any other action. |
| 17 | THEREFORE, IT IS STIPULATED AND ORDERED THAT during the January |
| 18 | '08 Trial, no party shall raise any allegations about the document retention policies or the |
| 19 | destruction of documents by any party or about any party's alleged or adjudicated spoliation of |
| 20 | evidence. If, however, a witness testifies about a document that has not been produced, a party |
| 21 | may seek leave of the Court to pursue questioning of the witness about what happened to the |
| 22 | document or documents. In addition, if a witness testifies that a party has not engaged in the |
| 23 | destruction of documents or spoliation of evidence, then a party may seek leave of the Court to |
| 24 | pursue questioning of the witness about that assertion. However, before pursuing any line of |
| 25 | questioning related to the destruction of documents or spoliation, a party must make an offer of |
| 26 | proof explaining the specific line of questioning the party intends to pursue. |
| 27 | IT IS ALSO STIPULATED AND ORDERED THAT no party will seek to |
| 28 | introduce this stipulation as evidence, or rely on this stipulation or its terms: (i) to defend against |

any allegation of spoliation or unclean hands in the above-referenced action; (ii) in the action entitled Micron Technology, Inc. v. Rambus Inc. in the United States District Court for the District of Delaware, C.A. No. 00-792 (SLR); (iii) in the action entitled Rambus Inc. v. Micron Technology, Inc., et al., in the Superior Court of the State of California for the County of San Francisco, Case No. CGC 04-431105; or (iv) in any other action.

**SO ORDERED.**

DATED: 1/17/08                    *Ronald M. Whyte*

                                              Hon. Ronald M. Whyte

Dated: January 4, 2008         MUNGER, TOLLES & OLSON LLP


By:*/s/*
   Gregory P. Stone
   Steven M. Perry
   Peter A. Detre
   Carolyn Hoecker Luedtke
   Counsel for Plaintiff RAMBUS INC.


Dated: January 4, 2008         QUINN EMANUEL URQUHART OLIVER & HEDGES


By:*/s/*
   Harold A. Barza
   William Price
   Robert Becher

WEIL, GOTSHAL & MANGES LLP
   Jared Bobrow
   John Beynon

   Counsel for Defendants
   MICRON TECHNOLOGY INC., et. al.

Dated: January 4, 2008         THELEN REID BROWN RAYSMAN & STEINER LLP


By:*/s/*
   Kenneth L. Nissly
   Susan van Keulen
   Geoffrey H. Yost

RUBY & SCHOFIELD
   Allen Ruby

O'MELVENY & MYERS, LLP
   Robert Draper
   Wallace Allen

TOWNSEND and TOWNSEND CREW LLP

Theodore Brown, III
Jordan Trent Jones

Counsel for Defendants
HYNIX SEMICONDUCTOR INC., et. al.

Dated: January 4, 2008

ORRICK, HERRINGTON & SUTCLIFFE LLP


By:*/s/*_____

Robert E. Freitas
Craig R. Kaufman
Jan Ellard

Counsel for Defendants
NANYA TECHNOLOGY CORP.
et. al.

Filer's Attestation:

I, Carolyn Hoecker Luedtke, am the ECF user whose identification and password are being used to file this **STIPULATION AND [PROPOSED] ORDER RESOLVING MANUFACTURERS' MOTION** *IN LIMINE* **NO. 2 AND RAMBUS'S MOTION IN LIMINE NO. 5 (DOCUMENT RETENTION AND DESTRUCTION EVIDENCE)** In compliance with General Order 45.X.B, I hereby attest that Jan E. Ellard, Robert Becher, and Belinda Vega concur in this filing.


By: _____/s/_____

Carolyn Hoecker Luedtke