| | |
|---|---|
| Gregory P. Stone (SBN 078329)<br>Steven M. Perry (SBN 106154)<br>Sean Eskovitz (SBN 241877)<br>MUNGER TOLLES & OLSON LLP<br>355 South Grand Avenue, 35th Floor<br>Los Angeles, CA 90071-1560<br>Telephone: (213) 683-9100<br>Facsimile: (213) 687-3702<br>Email: *gregory.stone@mto.com;*<br>*steven.perry@mto.com; sean.eskovitz@mto.com*<br><br>Peter A. Detre (SBN 182619)<br>Carolyn Hoecker Luedtke (SBN 207976)<br>MUNGER TOLLES & OLSON LLP<br>560 Mission Street, 27th Floor<br>San Francisco, California 94105<br>Telephone: (415) 512-4000<br>Facsimile: (415) 512-4077<br>Email: *peter.detre@mto.com;*<br>*carolyn.luedtke@mto.com* | Rollin A. Ransom (SBN 196126)<br>SIDLEY AUSTIN LLP<br>555 West Fifth Street, Suite 4000<br>Los Angeles, CA 90013-1010<br>Telephone: (213) 896-6000;<br>Facsimile: (213) 896-6600<br>Email: *rransom@sidley.com*<br><br>Pierre J. Hubert (admitted *pro hac vice*)<br>Craig N. Tolliver (admitted *pro hac vice*)<br>MCKOOL SMITH P.C.<br>300 West 6th Street, Suite 1700<br>Austin, TX 78701<br>Telephone: (512) 692-8700<br>Facsimile: (512) 692-8744<br>Email: *phubert@mckoolsmith.com;*<br>*ctolliver@mckoolsmith.com*<br><br>*E-FILED - 1/25/08* |

Attorneys for RAMBUS INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| HYNIX SEMICONDUCTOR INC.; HYNIX SEMICONDUCTOR AMERICA, INC.; HYNIX SEMICONDUCTOR U.K. LTD.; and HYNIX SEMICONDUCTOR DEUTSCHLAND GmbH,<br><br>Plaintiffs,<br><br>vs.<br><br>RAMBUS INC.,<br><br>Defendant. | CASE NO. CV 00-20905 RMW<br><br>**STIPULATION AND [] ORDER RESOLVING RAMBUS'S MOTION *IN LIMINE* NO. 10 (DEROGATORY CHARACTERIZATIONS OF PATENTS AND PATENTHOLDERS)**<br><br>Date: January 17, 2008<br>Time: 2:00 p.m.<br>Judge: Hon. Ronald M. Whyte |

| | |
|---|---|
| RAMBUS INC.,<br><br>Plaintiff,<br><br>v.<br><br>HYNIX SEMICONDUCTOR INC., HYNIX SEMICONDUCTOR AMERICA INC., HYNIX SEMICONDUCTOR MANUFACTURING AMERICA INC.,<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, INC., SAMSUNG AUSTIN SEMICONDUCTOR, L.P.,<br><br>NANYA TECHNOLOGY CORPORATION, NANYA TECHNOLOGY CORPORATION U.S.A.,<br><br>Defendants. | CASE NO. C 05-00334 RMW |
| RAMBUS INC.,<br><br>Plaintiff,<br><br>vs.<br><br>MICRON TECHNOLOGY, INC., and MICRON SEMICONDUCTOR PRODUCTS, INC.,<br><br>Defendants. | CASE NO. C 06-00244 RMW |

- 1 -

STIP RE: RAMBUS'S MOTION *IN LIMINE* NO. 10
CASE NOS. 00-20905; 05-00334; 06-00224 RMW

:\DOCUM

WHEREAS, on August 3, 2006, this Court ruled in Case No. 00-20905 on Rambus's motion *in limine* to preclude the use of derogatory characterizations of patents and patentholders, granting the motion as to the term "patent troll" and limiting the use of the term "submarine patent."

WHEREAS, Rambus renewed that motion in Case Nos. 05-00334 and 06-00244 for purposes of the January 29, 2008 trial of the claims and defenses set forth in Attachment A of the Case Management Order dated April 24, 2007 (together with the 00-20905 case, hereinafter "the January '08 Trial"). The renewed motion is Rambus's Motion *In Limine* No. 10 to exclude evidence of derogatory characterizations of patents and patentholders.

WHEREAS, the parties have agreed to extend the August 3, 2006 ruling to the renewed motion *in limine* no. 10.

IT IS THEREFORE STIPULATED AND ORDERED THAT no party will use the term "patent troll" during the January '08 Trial. It is further ordered that the term "submarine patent" may only be used (1) to the extent it was discussed in connection with any JEDEC meeting or policy; (2) during closing argument, unless, after the presentation of evidence at trial, the Court grants a request by Rambus seeking preclusion of the use of the term; and (3) during the prosecution laches part of the trial before the Court.

**SO ORDERED.**

DATED: 1/25/08                    *Ronald M. Whyte*

                                    Hon. Ronald M. Whyte

- 1 -

STIP RE: RAMBUS'S MOTION *IN LIMINE* NO. 10
CASE NOS. 00-20905; 05-00334; 06-00224 RMW

| | |
|---|---|
| Dated: December 28, 2007 | MUNGER, TOLLES & OLSON LLP |
| | By:*/s/ Carolyn Hoecker Luedtke* |
| | Gregory P. Stone<br>Steven M. Perry<br>Peter A. Detre<br>Carolyn Hoecker Luedtke<br>Counsel for Plaintiff RAMBUS INC. |
| Dated: December 28, 2007 | THELEN REID BROWN RAYSMAN & STEINER LLP |
| | By:*/s/ Kenneth L. Nissly* |
| | Kenneth L. Nissly<br>Susan van Keulen<br>Geoffrey H. Yost<br><br>Counsel for Defendants<br>HYNIX SEMICONDUCTOR INC.<br>et. al. |
| Dated: December 28, 2007 | QUINN EMANUEL URQUHART OLIVER & HEDGES |
| | By:*/s/ Robert Becher* |
| | Harold A. Barza<br>William Price<br>Jon Steiger<br>Robert Becher<br><br>Counsel for Defendants<br>MICRON TECHNOLOGY INC.<br>et. al. |

| | |
|---|---|
| Dated: December 28, 2007 | ORRICK, HERRINGTON & SUTCLIFFE LLP |

By:*/s/ Robert E. Freitas*

Robert E. Freitas
Craig R. Kaufman
Jan Ellard

Counsel for Defendants
NANYA TECHNOLOGY CORP.
et. al.

Filer's Attestation:

I, Carolyn Hoecker Luedtke, am the ECF user whose identification and password are being used to file this **STIPULATION AND [PROPOSED] ORDER RESOLVING RAMBUS'S MOTION *IN LIMINE* NO. 10 (DEROGATORY CHARACTERIZATIONS OF PATENTS AND PATENTHOLDERS)**. In compliance with General Order 45.X.B, I hereby attest that Robert Freitas, Robert Becher, and Kenneth Nissly concur in this filing.

By: */s/ Carolyn Hoecker Luedtke*

Carolyn Hoecker Luedtke