IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

*E-FILED - 12/17/08*

RAMBUS INC.,

   Plaintiff.

v.

MICRON TECHNOLOGY, INC., and MICRON SEMICONDUCTOR PRODUCTS, INC.,

   Defendants.

Case No. C 06-00244 RMW

[PROPOSED] ORDER GRANTING WITHDRAWAL OF LEERON G. KALAY AS COUNSEL FOR MICRON TECHNOLOGY INC. AND MICRON SEMICONDUCTOR PRODUCTS INC.

IT IS HEREBY ORDERED that the request for withdrawal of Leeron G. Kalay as counsel of record for Micron Technology, Inc. and Micron Semiconductor Products, Inc. in the above-entitled actions is GRANTED.

**IT IS SO ORDERED.**

Dated: 12/17/08

_____
HONORABLE RONALD M. WHYTE
United States District Court Judge