UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RAMBUS INC.,<br>　　　　　　　Plaintiff,<br>　　　v.<br>HYNIX SEMICONDUCTOR INC., et al.,<br>　　　　　　Defendants. | Case No.  C 05-00334 RMW<br><br>**JOINTLY PROPOSED JURY QUESTIONNAIRE** |
| RAMBUS INC.,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>MICRON TECHNOLOGY, INC., and<br>MICRON SEMICONDUCTOR PRODUCTS,<br>INC.,<br>　　　　　　Defendants. | Case No. C 06-00244 RMW |
| RAMBUS INC.,<br>　　　　　　Plaintiff,<br>　　　v.<br>SAMSUNG ELECTRONICS CO., LTD.,<br>et al.,<br>　　　　　　Defendants. | Case No. C 05-02298 RMW |

1

2          This document comprises the jointly submitted jury questionnaire of all of the

3 parties.  It is organized in three general sections:  1) the jointly agreed-upon questions, 2) the

4 Rambus-only questions and the Manufacturers' corresponding objections, and 3) the

5 Manufacturers-only questions and Rambus's corresponding objections.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Agreed-Upon Questions**

### I.      Background Information

1.   What is your full name? _____
                          (Last )                (First)              (Middle)

2.   How old are you? _____ years old

3.   Are you:      Male / Female

4.   What city and county do you live in? _____

     How many years have you lived at your current residence? _____

     Do you own or rent your home? _____ Own _____ Rent _____ Other

5.   Where were you born?        _____

6.   Do you have any difficulty understanding English?  Yes  / No

     Do you have any difficulty speaking English?        Yes  / No

     Do you have any difficulty reading English?         Yes  / No

     If YES, to any of the above, please explain: _____

_____

7.   Do you speak any language other than English?  Yes  / No

     If YES, which languages?      _____

_____

8.      What is your current marital or personal relationship status?  Please circle all that apply and fill in the blank if appropriate:

          Never been married                    Unmarried; living with a partner

          Married since _____          Separated since _____

          Divorced in _____          Widowed in _____

9.   What is your current employment status?

          Employed, full time         Employed, part time         Retired, since _____

          Unemployed, since _____ Disabled, since _____      Homemaker, full time

          Student, full time

          Other; please explain: _____

10.     If you are currently employed, please answer the following questions about your current job.  If you are not currently employed, please answer the following questions about your last (most recent) employer:

     a.     Employer: _____

     b.     Occupation and job title:_____

     c.     How long have you worked (or did you work) there?_____

     d.     Please describe your job duties: _____

_____

     e.     Do/did you have management or supervisory responsibilities at work?

        Yes, I supervised _____ people.  No.

     f.     How satisfied are/were you with your job?

Very satisfied          Somewhat satisfied

Not very satisfied      Not at all satisfied

     g.     If you had other jobs in the last 10 years, please describe: _____

_____

_____

     h.     If you are **not** employed, are you looking for work, and if so, in what field?

_____

_____

11.     Have you ever worked in a computer-related industry?

Yes, currently          Yes, but only in the past               No

If YES, please answer the following questions:

     (1)     What is/was the name of the company you worked for? _____

_____

     (2)     When did you work there?     _____

     (3)     What is/was your job?_____

     (4)     Are/were you satisfied with the job?  Yes / No

12.     Have you, or any family member or person close to you, ever served in the U.S. military or the military of any other nation?  Yes / No

If YES, please describe with military, and when:  _____

_____

13.     What is the highest level of education you have completed?

Less than high school          High school graduate          GED

Trade/technical/vocational school (major:  _____)

Some college (major:  _____

College graduate (see below)          Some post-graduate study (see below)

Post-graduate degree (Master's, Ph.D., J.D., M.D., etc., see below)

If you have a college degree or a post-graduate degree, please state the name of the school(s), your degree, and your major.

| Name of School | Degree | Major |
|----------------|--------|-------|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

14.     Please provide the following information about your spouse/significant other and adult children:

| | Age (years old) | Highest level of education completed | Current occupation and employer |
|---|---|---|---|
| Spouse/Significant other | | | |
| Adult Child | | | |
| Adult Child | | | |
| Adult Child | | | |
| Adult Child | | | |

JOINTLY PROPOSED
JURY QUESTIONNAIRE
CASE NOS.  05-00334, 06-0024, 05-02298  RMW

15.     Have you or anyone close to you ever been involved in starting your own business?   Yes / No

If YES, please state who, when, and describe the nature of the business: _____

_____

_____

_____

If YES, is the business still operating?   Yes / No

If NO, please explain: _____

16.     Have you or anyone close to you ever had dealings with any Asia-based company? Yes / No

If YES, please describe: _____

_____

_____

Was there anything positive or negative about these experiences? _____

_____

_____

17.     Have you, or any family member or anyone close to you, ever:

Been sued?          No     Yes (myself)          Yes (family or someone close)

If YES, please explain: _____

_____

Sued someone?      No     Yes (myself)          Yes (family or someone close)

If YES, please explain: _____

_____

18.     Have you, or any family member or anyone close to you, ever been a witness in a legal proceeding?                   No     Yes (myself)          Yes (family or someone close)

If YES, please explain: _____

_____

6

19.    Have you ever served on a jury?  Yes / No

If YES, please answer the following:

|   | When? | Type of case? | Did you reach a verdict? | Were you the foreperson? |
|---|-------|---------------|--------------------------|--------------------------|
| 1 |       |               |                          |                          |
| 2 |       |               |                          |                          |
| 3 |       |               |                          |                          |

20.    Do you personally know anyone who works in the court system, a law firm, or any type of legal service company?  Yes / No

If YES, please describe who it is, your relationship with the person, and what the person does: _____

_____

_____

_____

*Please continue to Section II*

## II.    Personal Feelings

21.    List all the organizations or groups you belong to or support.

I belong to:

_____

_____

I support:

_____

_____

Do you do any type of volunteer work Yes / No

If YES, please explain:_____

_____

_____

Have you held a leadership position in any of the organizations Yes / No

If YES, please explain: _____

_____

_____

22.    Have you ever been a member of a professional or trade (industry) organization?

Yes, currently        Yes, but only in the past        No

If YES, what is the name of the organization? _____

Did the organization have rules for members to follow?     Yes / No

If YES, was there ever any serious dispute between the members regarding those

rules?

Please explain: _____

_____

23.    What activities do you do in your spare time? _____

_____

_____

8

24.     Please tell us the three famous people you admire most and the three famous you admire least:

|   | Admire Most | Admire Least |
|---|---|---|
| 1 |  |  |
| 2 |  |  |
| 3 |  |  |

25.     Please list 3 or 4 newspapers or magazines that you read regularly or books that you read recently:

_____

_____

26.     Please list 3 or 4 favorite radio and/or TV programs, stations, or channels you watch/listen to on a regular basis:

_____

_____

27.     Please list 3 or 4 websites and blogs you visit/read on a regular basis: _____

_____

28.     Which of the following is your **primary** source of news information? (circle one)

Daily newspaper

Weekly/Bi-weekly/monthly news magazine (or newspaper)

Television news programs

Internet (News reports or blogs, etc.)

Radio

I generally do not pay attention to news information

29. What is your opinion about large corporations as compared to smaller companies or business organizations?

Very favorable        Somewhat favorable

Somewhat unfavorable     Very unfavorable       No opinion

Why? _____

_____

30. Would you say, in general, that you tend to support U.S.-based companies over international companies, even if the international company does business in the U.S.?   Yes / No

If YES, please explain: _____

31. Generally speaking, do you have a strong opinion one way or the other about the amount of money that computer industry executives make?

Positive         Neutral         Negative

Why? _____

32. What is your opinion about lawyers?

Very favorable     Somewhat favorable      Somewhat unfavorable

Very unfavorable    No opinion

Why? _____

_____

33. Do you use a computer?

Yes, at home       Yes, at work       Yes, both     No

34. How knowledgeable are you about how computers work from a technical basis?

I have extensive knowledge about how computers work

I have moderate knowledge about how computers work

I have only a little knowledge about how computers work

I have no knowledge about how computers work

10

35.    How knowledgeable are you about the computer memory industry?

I have extensive knowledge about the computer memory industry

I have moderate knowledge about the computer memory industry

I have only a little knowledge about the computer memory industry

I have no knowledge about the computer memory industry

36.    How interested are you in science and technology?

Extremely interested   Very interested   Somewhat interested   Not interested

37.    Do you consider yourself to be technically inclined?        Yes / No

38.    Do you have any knowledge of intellectual property laws including patents, copyrights, or trade secrets?        Yes / No

If YES, please explain: _____

_____

39.    Do you have any opinions about the patents or about intellectual property laws generally?    Yes / No

If YES, please explain: _____

_____

40.    Have you, or any family member or anyone close to you, ever:

| | Yes, myself | Yes, family | Yes, someone close | No |
|---|---|---|---|---|
| Tried to invent something? | | | | |
| Applied for a patent, copyright or trademark? | | | | |
| Been issued a patent, copyright or trademark? | | | | |
| Been involved in a patent, copyright or trademark dispute? | | | | |
| Been involved in any dispute or disagreement about who should get credit for an idea, invention or creation? | | | | |
| Worked for a company that owns or licenses patents as a main part of its business? | | | | |

If YES, please explain: _____

_____

_____

11

41.    Have you ever heard of the United States Patent and Trademark Office (USPTO)?

Yes / No

If YES, what have you heard and what is your opinion of the USPTO? _____

_____

_____

42.    Generally speaking, do you have an opinion about the competence of government

agencies such as the United States Patent and Trademark Office?          Yes/No

Please explain: _____

_____

*Please continue to Section III*

**III.    Questions About This Case**

43.    Have you ever heard of Rambus?    Yes / No

If YES, what have you heard and what is your opinion of Rambus? _____

_____

_____

44.    Have you ever heard of Hynix Semiconductor, formerly Hyundai Electronics? Yes / No

If YES, what have you heard and what is your opinion of Hynix? _____

_____

_____

45.    Have you ever heard of Micron (Micron Technology or Micron Semiconductor)? Yes / No

If YES, what have you heard and what is you opinion of Micron? _____

_____

_____

46.    Have you ever heard of Nanya (Nanya Technology Corp. or Nanya Technology Corp., USA)?   Yes /  No

If YES, what have you heard and what is you opinion of Nanya? _____

_____

_____

47.    Have you ever heard of Samsung?  Yes / No

If YES, what have you heard and what is you opinion of Samsung? _____

_____

_____

48.     Have you heard or read anything about any legal matters involving Rambus, Hynix, Micron, Nanya or Samsung?  Yes / No

        If YES, please describe what you have heard or read and what impressions, if any, that you have: _____

_____

_____

49.     Have you heard or read anything about any legal matters involving the memory chip industry in general?  Yes / No

        If YES, please describe what you have heard or read and what impressions, if any, that you have: _____

_____

_____

50.     Have you ever heard of something called Dynamic Random Access Memory (DRAM)?     Yes / No

51.     Have you ever purchased memory chips for a personal computer?  Yes / No

52.     Have you ever personally installed memory chips in a personal computer?
        Yes / No

53.     Are you familiar with any of the following?

        (1)     SDRAM           Yes / No

        (2)     DDR SDRAM       Yes / No

        (3)     DDR2 SDRAM      Yes / No

        (4)     DDR3 SDRAM      Yes / No

        (5)     RDRAM           Yes / No

        (6)     JEDEC           Yes / No

54.     Have you, any family member or anyone close to you ever worked for or had any business dealings with:

|  | Yes (myself) | Yes (family / someone close) | No |
|---|---|---|---|
| Rambus | | | |
| Hynix | | | |
| Hyundai | | | |
| IBM | | | |
| Intel | | | |
| Micron | | | |
| Nanya | | | |
| Infineon | | | |
| Samsung | | | |
| Any computer manufacturer | | | |
| Stanford University | | | |
| University of Illinois | | | |
| Any Korea-based, Taiwan-based, or other Asia-based company | | | |

If you answered YES to any of the above, please explain who, the nature of the work or business relationship, and the dates of the work or business relationship, to the best of your knowledge: _____

_____

_____

_____

55.   Do you own stock in any of the companies listed below?

| Rambus | yes | no | |
|--------|-----|-----|---|
| Hynix | yes | no | |
| Micron | yes | no | |
| Nanya | yes | no | |
| Samsung | yes | no | |

56.   This case involves international companies and certain witnesses may use a translator or may speak English with difficulty.  Would you be more inclined to believe a witness who speaks English very well than one who does not?       Yes / No

        If YES, please explain: _____

_____

_____

57.   Have you ever had a negative experience with a person of Korean or Taiwanese ancestry or with a company based in Korea or Taiwan?       Yes / No

        If YES, please explain: _____

_____

_____

*Please continue to Section IV*

## IV.    Hardship

58.    Do you have any medical, mental or emotional condition that would affect your ability to serve as a juror on this matter?      Yes / No

If YES, please explain:  _____

_____

_____

59.    Is there anything else the Court should know about you that may affect your ability to serve as a fair juror in this trial?  Please explain:  _____

_____

_____

*I swear or affirm that the answers give are true and correct under penalty of perjury*

Dated: _____          _____
                                          Signature

Thank you for completing this questionnaire.  If you need additional space to answer a question, please do so here.  Remember to label your response with the question number.

17

1

**Rambus-Only Questions**

2 **Introduction:**

3        You have been called to serve as a juror.  The right to a jury trial is one of the most

4 precious freedoms enjoyed by individuals and companies in the United States.  The preservation

5 of this right depends upon the cooperation of qualified jurors in serving on juries and acting as

6 judges of the facts.  Serving on a jury is always something of a burden.  However, it is a burden

7 which as good citizens we must occasionally bear.

8        The parties to this action are:  (i) Rambus, which is the plaintiff, and  (ii) Hynix,

9 (iii) Micron, (iv) Nanya and (v) Samsung, which are the defendants.  The information you

10 provide may be shared with attorneys for the parties, but will otherwise be maintained as

11 confidential by the Court.

12        If you prefer to speak in private rather than provide a written response, please

13 indicate "private" on the question.  Please do not write on the back of any page of the

14 questionnaire.  If you need additional space to complete an answer, use the space at the end of the

15 questionnaire.  Be sure to note the number of the question for our reference.

16        The questions below have been divided into four sections.  Please fill in the blanks

17 or circle the most appropriate response.  Answer truthfully and correctly, under penalty of

18 perjury.

19        <u>**Manufacturers' Objection**</u>

20        The Manufacturers object to referring to Rambus as the "plaintiff" and the

21 Manufacturers as "defendants."  Use of the terms plaintiff and defendant to identify the parties is

22 unnecessary and may confuse jurors who associate the term "defendant" with criminal

23 proceedings where that term is most commonly heard.  *See Hynix I* 2/23/06 Tr. 14:3-10 ("In the

24 jury instructions, what I'd like to do is avoid the plaintiff and defendant designations and just refer

25 to the parties as Rambus and Hynix.").  The Manufacturers should be referred to as "the

26 Manufacturers," not "the defendants."

27

28

60.     Have you, any family member or anyone close to you received any special education (post-high school), training or work experiences in any of the following?

|  | Yes: (Myself) | Yes: (Family or Someone close) | No |
|---|---|---|---|
| Law |  |  |  |
| Computer design |  |  |  |
| Computer Software |  |  |  |
| Engineering |  |  |  |
| Sales |  |  |  |
| Patents, Trademark, Copyright |  |  |  |

### Manufacturers' Objection

The Manufacturers object to the terms "Computer design," "Computer Software" and "Engineering" as vague and ambiguous.  The terms used in Manufacturers' Question 69 are more precise and directed to the issues to be tried.

61.     Have you or anyone close to you ever felt that they were affected positively or negatively in their employment by a company whose principal place of business was outside the U.S.?                Yes  /  No

If YES, please explain: _____  _____

_____  _____

### Manufacturers' Objection

The Manufacturers object to the way this question is phrased in a very personal sense.  The Manufacturers believe that their question 72 is a better, more neutral, and more open-ended way to solicit this information:  "Do you feel that competition from companies outside the United States has positive or negative effects on business in the United States:  Positive / Negative."

62.     Do you believe that it is a good idea to put a limit on the amount of money a jury can award in a lawsuit?      Yes / No

If YES, please explain: _____

_____

**Manufacturers' Objection**

The Manufacturers object to the inclusion of this question as unnecessary and prejudicial.

63.     Do you believe or have you ever said to anyone that there are too many lawsuits in the U.S.?            Yes / No

If YES, please explain: _____

_____

**Manufacturers' Objection**

The Manufacturers object to the inclusion of this question as unnecessary and prejudicial.

64.     Generally speaking, do you have a negative or positive opinion about the way high-tech companies compete with one another?

Positive         Neutral         Negative         No opinion

Why? _____

_____

**Manufacturers' Objection**

The Manufacturers object to the inclusion of this question as unnecessary and prejudicial.

65.     Do you have any attitudes or experiences that would cause you to lean in favor of Rambus (on one side of the dispute) or Hynix, Micron, Nanya, or Samsung, (on the other side of the dispute) in this case?                    Yes / No

If YES, please explain: _____

_____

### **Manufacturers' Objection**

The Manufacturers object to this question on the ground that it may cause juror confusion or prejudice in that it lumps Hynix, Micron, Nanya, and Samsung together as if they were a united entity; Manufacturers further object to this question on the ground that it may cause juror confusion or prejudice to the extent is suggests that Hynix, Micron, Nanya and Samsung are "ganging up" on Rambus.  In addition, the information the question is attempting to solicit is already covered by Questions 43-48.  This question should be deleted in its entirety.


### **Hardship**

66.     This trial is anticipated to last until [date] to complete the presentation of evidence. The trial schedule has been designed to minimize juror hardship.  As a juror, you must be in court during the following times:

[schedule]

The court will consider excusing or postponing jurors only if service would cause an extraordinary economic or personal hardship for you.  If you believe that service would cause you an extraordinary hardship, you must describe the hardship in detail below if you want to have the court consider postponing or excusing you from service.  If you do not describe the hardship in detail, the court will not consider excusing or postponing your service.  Will service cause you an extraordinary hardship?                    Yes / No

If YES, please explain: _____

_____

_____

21

1

2     If the hardship involves an employer, please provide contact information and a telephone
      number of the person who should be contacted.

3

      (contact information): _____

4

      (telephone number): _____

5

6     **<u>Manufacturers' Objection</u>**

7            The Manufacturers object to Rambus's refusal to include an additional sentence in

8     this question:  "If you determine that one or more of the defendants are liable, there will be a

9     second phase in which the issue of damages will be determined."  This sentence is useful to help

10    the jurors understand the structure of the trial.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Manufacturers-Only Questions**

**Introduction:**

You have been called to serve as a juror.  The right to a jury trial is one of the most precious freedoms enjoyed by individuals and companies in the United States.  The preservation of this right depends upon the cooperation of qualified jurors in serving on juries and acting as judges of the facts.  Serving on a jury is always something of a burden.  However, it is a burden which as good citizens we must occasionally bear.

The parties to this action are (i) Rambus, (ii) Hynix, (iii) Micron, (iv) Nanya, and (v) Samsung.  The information you provide may be shared with attorneys for the parties and others who work with them, but will otherwise be maintained as confidential absent further court order and advance notice to you.

If you prefer to speak in private rather than provide a written response, please indicate "private" on the question.  Please do not write on the back of any page of the questionnaire.  If you need additional space to complete an answer, use the space at the end of the questionnaire.  Be sure to note the number of the question for our reference.

The questions below have been divided into four sections.  Please fill in the blanks or circle the most appropriate response.  Answer truthfully and correctly, under penalty of perjury.

**Rambus's Objection**

Rambus objects.  The heading above does not accurately describe this case.  In this case, Rambus is the plaintiff.

67.    Have you ever filed a workers compensation claim?    Yes / No

**Rambus's Objection**

Rambus objects.  Question 67 is unnecessary and inappropriate.

68.    Do you currently or have you ever belonged to any union organization?

Yes currently          Yes previously                    No never

If you answered Yes, please describe:

_____

_____

**Rambus's Objection**

Rambus objects.  Question 68 is unnecessary and inappropriate.

69.    Have you, or any family member or someone close to you, received any special

education (post-high school,), training or work experiences in any of the following?

| | Yes (myself) | Yes (family /someone close | No |
|---|---|---|---|
| Law | | | |
| Business | | | |
| Computer software (applications) use | | | |
| Computer software programming or design | | | |
| Computer hardware use | | | |
| Computer hardware design, manufacturing, or repair | | | |
| Electrical or Computer Engineering | | | |
| Any other type of Engineering please specify: | | | |
| Dynamic Random Access Memory (DRAM) | | | |

24

| Sales | | | |
|---|---|---|---|
| Patents, trademarks, or copyrights | | | |
| Industry standards | | | |
| Standard setting organizations | | | |

If you answered YES to any of the above, please explain: _____

_____

_____

**Rambus's Objection**

Rambus objects to the large number of categories.  It is sufficient to ask about computer design, computer software and engineering, as well as law, sales and patents.  Rambus also objects that no explanation is required.

70.  Have you or anyone in your family ever been a victim of a non-violent crime?

Yes, self            Yes, family member            No

If YES, please explain: _____

_____

**Rambus's Objection**

Rambus objects.  This question is unnecessary and inappropriate.  It has no relevance to the issues to be tried in this case and is too invasive of their privacy.

71.  Generally speaking, do you believe the government should raise taxes and be more involved in meeting the needs of citizens?  Or, do you believe the government should not be raising taxes and citizens should be meeting their own needs?  (circle option 1 or option 2)

Option 1:  I believe the government should be raising taxes and be more involved in meeting citizens' needs, OR

Option 2:  I believe citizens should meet their own needs and the government should not be raising taxes.

### Rambus's Objection

Rambus objects.  This question is unnecessary and vastly oversimplifies the issues and is misleading.

72.     Do you feel that competition from companies outside the United States has positive or negative effects on business in the United States:  Positive / Negative

Please explain:  _____

_____

### Rambus's Objection

Rambus objects.  This question oversimplifies the issues.  In addition, some may feel some aspects are positive and some are negative.  In the past, we have asked, "Have you or anyone close to you ever felt that they were affected positively or negatively in their employment by a company whose principal place of business was outside the U.S.?"

73.     Do you think it is possible that government agencies can make mistakes?  Yes / No

### Rambus's Objection

Rambus objects.  This is argumentative, unnecessary and misleading.

74.     Do you own stock in any of the companies listed below?

| Hyundai | yes | no | |
|---|---|---|---|
| IBM | yes | no | |
| Intel | yes | no | |
| Infineon | yes | no | |
| Any other computer manufacturer | yes | no | |

**<u>Rambus's Objection</u>**

Rambus objects; these companies are not parties.

## Hardship

75.     This trial is anticipated to last until [date] to complete the presentation of evidence. If you determine that one or more of the defendants are liable, there will be a second phase in which the issue of damages will be determined.  The trial schedule has been designated to minimize juror hardship.  The anticipated schedule is attached as page _____ .  As a juror, you must be in court during the following times:

[schedule]

The Court will consider excusing or postponing jury service only if service would cause an extraordinary economic or personal hardship for you.  If you believe that service would cause you an extraordinary hardship, you must describe the hardship in detail below if you want to have the Court consider postponing or excusing you from service.  If you do not describe the hardship in detail, the Court WILL NOT consider excusing or postponing your service.  Will service cause you an extraordinary hardship?  Yes / No

If YES, please explain:  _____

_____

_____

_____

_____

If the hardship involves an employer, please provide contact information and telephone number of the person who should be contacted:

Contact information:  _____

Telephone number:  _____

27

1

2

**<u>Rambus's Objection</u>**

3          Rambus objects to the sentence: "If you determine that one or more of the

4  defendants are liable, there will be a second phase in which the issue of damages will be

5  determined."  The Court has not decided this issue and, in light of the trial proposal, there is even

6  more reason not to bifurcate the issues.  Further, this sentence is prejudicial to Rambus and

7  suggests ruling against Rambus in the first phase will shorten the trial.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ON BEHALF OF RAMBUS

DATED:  January 5, 2009                    MUNGER, TOLLES & OLSON LLP

                                           SIDLEY AUSTIN LLP

                                           McKOOL SMITH PC


                                           By:_____/s/ Rosemarie T. Ring_____
                                                          Rosemarie T. Ring

                                           Attorneys for RAMBUS INC.


**FILER'S ATTESTATION**

  I, Rosemarie T. Ring, am the ECF user whose identification and password are being used to file this **JOINTLY PROPOSED JURY QUESTIONNAIRE**.  In compliance with General Order 45.X.B, I hereby attest that Julie J. Han, Matthew J. Antonelli, Elizabeth S. Weiswasser and Stacy B. Margolies concur in this filing.


Date: January 5, 2009                 By: _____/s/ Rosemarie T. Ring_____
                                                      Rosemarie T. Ring

ON BEHALF OF THE MANUFACTURERS

DATED:  January 5, 2009                    TOWNSEND AND TOWNSEND AND CREW LLP


                                            By _____ /s/ Julie J. Han _____
                                                              Julie J. Han

                                            Attorneys for HYNIX SEMICONDUCTOR INC.,
                                            HYNIX SEMICONDUCTOR AMERICA INC.,
                                            HYNIX SEMICONDUCTOR MANUFACTURING
                                            AMERICA INC., HYNIX SEMICONDUCTOR U.K.
                                            LTD., and HYNIX SEMICONDUCTOR
                                            DEUTSCHLAND GmbH

DATED:  January 5, 2009                    WEIL, GOTSHAL & MANGES LLP


                                            By: _____ /s/ Matthew J. Antonelli _____
                                                              Matthew J. Antonelli

                                            Attorneys for SAMSUNG ELECTRONICS CO.,
                                            LTD., SAMSUNG ELECTRONICS AMERICA,
                                            INC., SAMSUNG SEMICONDUCTOR, INC., and
                                            SAMSUNG AUSTIN SEMICONDUCTOR, L.P.

DATED:  January 5, 2009                    WEIL, GOTSHAL & MANGES LLP


                                            By: _____ /s/ Elizabeth S. Weiswasser _____
                                                              Elizabeth S. Weiswasser

                                            Attorneys for MICRON TECHNOLOGY INC. and
                                            MICRON SEMICONDUCTOR PRODUCTS, INC.

DATED:  January 5, 2009                    ORRICK HERRINGTON & SUTCLIFFE LLP


                                            By: _____ /s/ Theresa E. Norton _____
                                                              Theresa E. Norton

                                            Attorneys for NANYA TECHNOLOGY
                                            CORPORATION and NANYA TECHNOLOGY
                                            CORPORATION USA