(All parties and counsel listed on Signature Page)

****E-FILED - 2/11/10***

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| RAMBUS INC., | CASE NO. C 05-00334 RMW |
| Plaintiff, | **STIPULATION AND [] ORDER** |
| vs. | **OF DISMISSAL AS TO SAMSUNG** |
| HYNIX SEMICONDUCTOR INC., et al., | |
| Defendants. | |

Rambus Inc. ("Rambus") and Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., Samsung Semiconductor, Inc., and Samsung Austin Semiconductor, L.P. (collectively, "Samsung") have settled the present dispute, but only as to one another and not to the extent claims or counterclaims are asserted against others, on mutually-agreeable terms.

The parties stipulate, in accordance with Federal Rule of Civil Procedure 41, as follows:

1. Rambus hereby dismisses all claims and/or counterclaims brought against Samsung in this action, but only as against Samsung and not against any of the other defendants, with prejudice;

2. Samsung hereby dismisses all claims and/or counterclaims brought against Rambus in this action with prejudice; and

3. Each party shall bear its own attorneys' fees and costs.

DATED:  February 4, 2010           Respectfully submitted,

By:   /s/
GREGORY P. STONE (Bar No. 078329)
Email: gregory.stone@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA  90071
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

Attorneys for
RAMBUS INC.

By:   /s/
MATTHEW D. POWERS (Bar No. 104795)
Email: matthew.powers @weil.com
WEIL GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3200
Facsimile: (650) 802-3100

Attorneys for
SAMSUNG ELECTRONICS CO., LTD.,
SAMSUNG ELECTRONICS AMERICA, INC.,
SAMSUNG SEMICONDUCTOR, INC., and
SAMSUNG AUSTIN SEMICONDUCTOR, L.P.

- 1 -   STIPULATION AND [] ORDER OF DISMISSAL AS TO SAMSUNG
CASE NO. C 05-00334 RMW

1  IT IS SO ORDERED.

2  DATED: __2/9/10_____        _____*Ronald M. Whyte*_____
3                                     The Honorable Ronald M. Whyte
                                      UNITED STATES DISTRICT JUDGE
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -   STIPULATION AND [] ORDER OF
        DISMISSAL AS TO SAMSUNG
        CASE NO. C 05-00334 RMW

1 **Filer's Attestation:**

2       I, Gregory P. Stone, am the ECF User whose identification and password are being used

3 to file this **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL AS TO**

4 **SAMSUNG**.  In compliance with General Order 45.X.B., I hereby attest that Matthew D. Powers

5 concurs in this filing.

                                        By: /s/
                                        GREGORY P. STONE (Bar No. 078329)