1  (All parties and counsel listed on Signature Page)

8              UNITED STATES DISTRICT COURT

9         NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

11 | RAMBUS INC., | CASE NO.  CV 06-00244 RMW |
|---|---|
12 | Plaintiff, | **STIPULATION AND []** |
13 | vs. | **ORDER OF DISMISSAL WITH PREJUDICE** |
14 | MICRON TECHNOLOGY, INC., and MICRON SEMICONDUCTOR PRODUCTS, INC., | |
16 | Defendants. | |

22375979

STIPULATION AND [] ORDER
OF DISMISSAL CASE NO. C 06-00244-RMW

Rambus Inc. ("Rambus") and Micron Technology, Inc. and Micron Semiconductor Products, Inc. (collectively, "Micron") have settled the disputes between them raised in the above-captioned action on mutually-agreeable terms.

The parties stipulate, in accordance with Federal Rule of Civil Procedure 41, as follows:

1. Rambus hereby dismisses all claims and/or counterclaims brought against Micron in this action with prejudice;

2. Micron hereby dismisses all claims and/or counterclaims brought against Rambus in this action with prejudice; and

3. Each party shall bear its own attorneys' fees and costs.

IT IS SO STIPULATED.

Dated:  January 8, 2014                                    MUNGER, TOLLES & OLSON LLP


By:   */s/ Gregory P. Stone*
GREGORY P. STONE (SBN 078329)
Email: gregory.stone@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

Attorneys for RAMBUS INC.

1 | Dated: January 8, 2014 | WEIL, GOTSHAL & MANGES LLP

By: */s/ Jared Bobrow*
JARED BOBROW (Bar No. 133712)
Email: jared.bobrow@weil.com
WEIL, GOTSHAL & MANGES LLP
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

Attorneys for
MICRON TECHNOLOGY, INC., and
MICRON SEMICONDUCTOR
PRODUCTS, INC.

**ORDER**

IT IS SO ORDERED.

Dated: January __FH__, 2014

*Ronald M. Whyte*
Hon. Ronald M. Whyte
United States District Judge